# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

ENPAT, INC.,
a Florida corporation,
     Plaintiff

     v.

HARRY SHANNON,
an individual,
     Defendant

CASE NO.:  6:11-cv-00084-PCF-KRS

## <u>UNOPPOSED MOTION TO EXTEND TIME TO DISCLOSE EXPERT REPORTS</u>

Defendant Harry Shannon (Shannon), by and through undersigned counsel, with the stipulation and agreement of counsel for Plaintiff, Stephen C. Thomas, and pursuant to Rule 4.15, Local Rules of the United States District Court for the Middle District of Florida, moves the Court for entry of an Order enlarging the time for Shannon to disclose expert reports. Shannon has made a diligent effort to disclose expert reports within the time required by the scheduling order, but finds that it will need additional time to confer with experts.  Counsel for Shannon has conferred with counsel for Plaintiff and have reached agreement for an extension of time up to and including April 1, 2011 for Shannon to disclose expert reports.

WHEREFORE, Shannon respectfully moves this court for entry of an Order granting it an enlargement of time up to and including April 1, 2011 within which Shannon shall be required to disclose expert reports.

Respectfully submitted, this 1st day of March, 2011.

s/Mark J. Young
Mark J. Young
Fla. Bar. 78158
USPTO Reg. No. 39,436

Mark Young, P.A.
12086 Fort Caroline Road, Unit 202
Jacksonville, FL  32225
Telephone: (904) 996-8099
Facsimile: (904) 980-9234
Email: myoung@myoungpa.com
Trial Counsel for Defendant Harry Shannon

## CERTIFICATE OF SERVICE

I certify that this day, I electronically filed the foregoing with the clerk's office CM/ECF

system, which will send email notification to the following counsel of record.

Stephen C. Thomas
Robert A. Lynch
Hayworth, Chaney, & Thomas P.A.
202. N. Harbor City Blvd., Suite 300
Melbourne, Florida 32935

Respectfully submitted, March 1, 2011.

s/Mark J. Young
Mark J. Young
Fla. Bar. 78158
USPTO Reg. No. 39,436

Mark Young, P.A.
12086 Fort Caroline Road, Unit 202
Jacksonville, FL  32225
Telephone: (904) 996-8099
Facsimile: (904) 980-9234
Email: myoung@myoungpa.com

Trial Counsel for Defendant Harry Shannon