**UNITED STATES PATENT AND TRADEMARK OFFICE**
UNDER SECRETARY OF COMMERCE FOR
INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT
AND TRADEMARK OFFICE
Alexandria, Virginia 22313

Patent No. *6328260*                    Paper No. *13*


# NOTICE OF *INTER PARTES* REEXAMINATION


Notice is hereby given that a request for *inter partes* reexamination of U.S. Patent No.

*6328260* was filed on *07-15-02* under 35 U.S.C. 311(a) and

37 CFR 1.913.

The reexamination proceeding has been assigned Control No. 95/*000,005*.



This Notice incorporates by reference into the <u>patent file</u>, all papers entered into the

reexamination file.




**Note: This Notice should be entered into the <u>patent file</u> and given a paper number.**

**PART B — ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to: **Box ISSUE FEE**
Assistant Commissioner for Patents
Washington, D.C. 20231

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

**RECEIVED**

024124                        PM82/0911
THOMAS L. BOHAN & ASSOCIATES
371 FORE STREET
SUITE 202
PORTLAND ME 04101

SEP 1 — 2001

_Jennifer Corlett_ (Depositor's name)

_____ (Signature)

THOMAS L. BOHAN

_____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/696,127 | 10/25/00 | 014 | ELDRED, J | 3644 | 09/11/01 |

First Named Applicant: TARDOX,

35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION

**WING SPAR MODIFICATION KIT**

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 00-124 | 244-131.000 | Z99 | UTILITY | YES | $620.00 | 12/11/01 |

**1.** Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

**2.** For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _Thomas L. Bohan_

2 _Patricia M. Mathers_

3 _____

**3.** ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual ☐ corporation or other private group entity ☐ government

**4a.** The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee
☒ Advance Order - # of Copies ___10___

**4b.** The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER _501517_
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☒ Issue Fee
☒ Advance Order - # of Copies ___10___

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _Patricia M. Mathers_  (Date) 10/10/01

NOTE: The issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033                        Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES Patent and Trademark Office

COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|

09/896,127   10/25/00   TARBOX

J   00-124

| | EXAMINER |
|---|---|

024124                PM51/0920
THOMAS L. BOHAN & ASSOCIATES
371 FORE STREET
SUITE 202
PORTLAND ME 04101

| ELDRED, J | PAPER NUMBER |
|---|---|
| | *12* |

3644

DATE MAILED:

09/20/01

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

*Supplemental*

## NOTICE OF ALLOWABILITY

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☐ This communication is responsive to _____.

☐ The allowed claim(s) is/are _____.

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

     ☐ received.

     ☐ received in Application No. (Series Code/Serial Number) _____.

     ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR REPLY to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

   ☐ because the originally filed drawings were declared by applicant to be informal.

   ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____.

   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.

   ☐ including changes required by the attached Examiner's Amendment/Comment.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this notice should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). *9*

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☐ Examiner's Amendment/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☐ Examiner's Statement of Reasons for Allowance

*J. Woodrow Eldred*

**J. WOODROW ELDRED**
**PRIMARY EXAMINER**
**GROUP ~~~**

PTOL-37 (Rev. 8/97)

*U.S. GPO: 1996-433-221/82108



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington D.C. 20231
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 24124 | 7590 | 09/13/2001 |
|---|---|---|

THOMAS L. BOHAN & ASSOCIATES
371 FORE STREET
SUITE 202
PORTLAND, ME 04101

| EXAMINER |
|---|
| ELDRED, JOHN W |

| ART UNIT | CLASS-SUBCLASS |
|---|---|
| 3644 | 244-131000 |

DATE MAILED: 09/13/2001

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/696,127 | 10/25/2000 | Jack M. Tarbox | 00-124 | 3541 |

TITLE OF INVENTION: Wing spar modification kit



| TOTAL CLAIMS | APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 14 | nonprovisional | YES | $620 | $0 | $620 | 12/13/2001 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**

PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151.**

## HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above. If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status.
   See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (REV. 07-01) Approved for use through 01/31/2004.

## PART B - FEE(S) TRANSMITTAL

Complete and mail this form, together with applicable fee(s), to:     **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

| | | |
|---|---|---|
| 24124 | 7590 | 09/13/2001 |

THOMAS L. BOHAN & ASSOCIATES
371 FORE STREET
SUITE 202
PORTLAND, ME 04101

Note: The certificate of mailing below can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/696,127 | 10/25/2000 | Jack M. Tarbox | 00-124 | 3541 |

TITLE OF INVENTION: Wing spar modification kit

| TOTAL CLAIMS | APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 14 | nonprovisional | YES | $620 | $0 | $620 | 12/13/2001 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| ELDRED, JOHN W | 3644 | 244-131000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE     (B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)   ☐ individual   ☐ corporation or other private group entity   ☐ government

4a. The following fee(s) are enclosed:

☐ Issue Fee

☐ Publication Fee

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee and Publication Fee (if any) to the application identified above.

_____ (Authorized Signature)     _____ (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, United States Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

Page 2 of 3



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/696,127 | 10/25/2000 | Jack M. Tarbox | 00-124 | 3541 |

| | |
|---|---|
| 24124    7590    09/13/2001 | EXAMINER |
| THOMAS L. BOHAN & ASSOCIATES | ELDRED, JOHN W |
| 371 FORE STREET | |
| SUITE 202 | ART UNIT \| PAPER NUMBER |
| PORTLAND, ME 04101 | 3644 |

DATE MAILED: 09/13/2001

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (application filed on or after May 29, 2000)

The patent term adjustment to date is 1 days. If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the term adjustment will be 1 days.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Page 3 of 3

PTOL-85 (REV. 07-01)  Approved for use through 01/31/2004.

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 09/696,127 | TARBOX ET AL. |
| | Examiner | Art Unit | |
| | J. Woodrow Eldred | 3644 | |

-- **The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *amendment filed 5-10-01*.

2. ☒ The allowed claim(s) is/are *1-14*.

3. ☒ The drawings filed on *25 October 2000* are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
   (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
       1) ☐ hereto or 2) ☐ to Paper No. _____.
   (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the Examiner.
   (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

| | |
|---|---|
| 1 ☐ Notice of References Cited (PTO-892) | 2 ☐ Notice of Informal Patent Application (PTO-152) |
| 3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 4 ☐ Interview Summary (PTO-413), Paper No._____ . |
| 5 ☐ Information Disclosure Statements (PTO-1449), Paper No. _____. | 6 ☒ Examiner's Amendment/Comment |
| 7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8 ☐ Examiner's Statement of Reasons for Allowance |
| | 9 ☐ Other   . |

U.S. Patent and Trademark Office
PTO-37 (Rev. 04-01)                    Notice of Allowability                    Part of Paper No. 10 .

EXHIBIT B  ENPAT'S MARKMAN MOTION        PAGE 7
6:11-cv-00084-GAP-KRS

Application/Control Number: 09/696,127                                    Page 2
Art Unit: 3644

1.      An examiner's amendment to the record appears below.  Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR

1.312.  To ensure consideration of such an amendment, it MUST be submitted no later than the

payment of the issue fee.

        Authorization for this examiner's amendment was given in a telephone interview with

Patricia M. Mathers on 8-7-01.

        The application has been amended as follows:

        Delete claims 15 and 16.

2.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to J. Woodrow Eldred whose telephone number is 703-306-4151.

The examiner can normally be reached on Monday to Thursday, from 8:00 a.m. to 5:30 p.m.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Charles Jordan can be reached on 703-306-4159.  The fax phone numbers for the

organization where this application or proceeding is assigned are 703-305-7687 for regular

communications and 703-305-7687 for After Final communications.

        Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is 703-306-4177.

                                    J. Woodrow Eldred
                                    Primary Examiner
                                    Art Unit 3644



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

024124                              PMB2/0911
Thomas L. Bohan & Associates
371 Fore Street
Suite 202
Portland ME 04101

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/696,127 | 10/25/00 | 014 | ELDRED, J | 3644 | 09/11/01 |

| First Named Applicant | TARBOX, | | 35 USC 154(b) term ext. = | 0 Days. | |

| TITLE OF INVENTION | WING SPAR MODIFICATION KIT |

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 00-124 | 244-131.000 | Z95 | UTILITY | YES | $320.00 | 12/11/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
*PROSECUTION ON THE MERITS IS CLOSED.*

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

## *HOW TO RESPOND TO THIS NOTICE:*

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.  Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned.  If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees.  It is patentee's responsibility to ensure timely payment of maintenance fees when due.**



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Application No.: | 09/696,127 |
| Filing Date: | October 25, 2000 |
| Applicants: | Jack M. TARBOX and Philip J. BAKER |
| Title: | WING SPAR MODIFICATION KIT |
| Group Art Unit: | 3644 |
| Examiner: | J. Woodrow ELDRED |

Attorney No.:      00-124

To:      Assistant Commissioner for Patents
         Washington, D.C. 20231

### Request for Reconsideration Pursuant to 37 C.F.R. § 1.111

Dear sir:

Please amend the above-cited application as follows:

In the Specification:

Please amend the paragraph on pages 4 and 5 beginning "A filler-strap may be made of ..." as follows:

A filler-strap may be made of a material different from that of the doubler, for reasons of cost-effectiveness or for structural reasons. In the present invention, the web spar web is made of aluminum, so the filler-strap is also made of aluminum, to eliminate the danger of corrosion on the web spar resulting from contact between dissimilar metals. The doubler-strap, is made of steel for structural reasons. Direct contact between the aluminum filler-strap and the steel doubler-strap, however,

PMM
Docket No: 00-124
May 9, 2001 (3:43PM)                    1



introduces the risk of corrosion on these two parts, thereby exacerbating concerns of prolonged structural integrity.  To counter this problem, the doubler-strap is coated with a protective coating that is a heat-cured ceramic powder coating, either Midrofin Allseal or preferably SermeTel ® 5380DP, and the filler-straps are coated with an alodine conversion coating and then a primer coat.  This effectively eliminates direct contact between the dissimilar metals, and, furthermore, decreases the risk of corrosion arising from salt water environments.  Furthermore, the aluminum filler-strap, which is more easily replaceable than the doubler-strap, will corrode before the doubler-strap.

In the Claims:

Please amend **Claim 1** as follows:

1.     A modification kit for retrofitting a wing spar on an amphibious airplane, said airplane having a root rib, and said wing spar comprising a wing-spar cap angle that is attached to a wing spar web, said wing spar web having an upper edge and a lower edge and an inboard end that attaches to said root rib, a first series of wing-attach bolt-holes that is provided in said upper edge and a second series of wing-attach bolt-holes that is provided in said lower edge of said wing spar web, wherein said root rib is angled relative to a vertical plane of said amphibious airplanes, and wherein said inboard end of said wing spar has an inboard-end angle that corresponds to an angle of said root rib, said modification kit comprising:

        an upper doubler-strap and an upper filler-strap;

        a lower doubler-strap and a lower filler-strap; and

        a plurality of wing-spar attachment-bolts;

        wherein each said upper filler-strap and each said upper doubler-strap have a third series of wing-attach bolt-holes that corresponds precisely with a first series of wing-attach bolt-holes in an upper edge of a wing spar web, and said lower filler-




16    strap and said lower doubler-strap have a fourth series of wing-attach bolt-holes that

17    corresponds precisely with a second series of wing-attach bolt-holes in a lower edge

18    of said wing spar;

19            wherein said upper and said lower doubler-straps have a doubler-protective-

20    coating and said upper and said lower filler-straps have a filler-protective-coating,

21    and

22            wherein said upper doubler-strap has an upper inboard-end angle and said

23    lower doubler-strap has a lower inboard end angle.

7.    The kit of **Claim 1**, wherein said doubler-protective coating is a powder

coating that is heat-cured to form a ceramic coating.



**Remarks:**

1.      Applicants thank the Examiner for his careful review of the present application, as evidenced by the Office Action mailed April, 26, 2001.

2.      On page 1 of the Office Action, Examiner rejected **Claims 1 - 14** under 35 U.S.C. § 112, 2nd paragraph. Specifically, Examiner deemed **Claims 1** and **7** vague and indefinite because of use of a trademark, and **Claim 14** because of use of designations that are subject to change. **Claim 1** has now been amended to read "all models of Lake amphibious airplanes, each airplane of said models ..." instead of "a Lake model amphibious airplane." The invention of the present application applies specifically to Lake model amphibious aircraft and Applicants submit that adding "all" to the claim eliminates vagueness. Language supporting this amendment can be found in the Specification on page 1, lines 5 and 6 and particularly on page 5, lines 5 - 9, where reference is made to all Lake model aircraft.

3.      With regard to **Claim 7**, Applicants have amended **Claim 7** and the Specification on page 9 to include generic language as suggested by Examiner, describing the protective coating. Reference to the SERMETEL ® coating was included in the original specification and the introduction of the generic language describing both the SERMETEL the MIDROFIN ALLSEAL as heat-cured, ceramic coatings does not introduce new matter, since this language describes the coatings mentioned in the application at the time of filing. In addition, new **Claims 15** and **16** were added, reciting the specific ceramic coatings that are mentioned in the Specification on page 9. Applicants submit that no new matter was introduced with these amendments and requests that Examiner withdraw his rejection of **Claim 7** and allow **Claims 7, 15,** and **16**.

4.      With regard to **Claim 14,** Applicants respectfully submit that NAS fasteners are made according to national standards that cannot be changed by the manufacturer.

PMM
Docket No: 00-124
May 10, 2001 (11:10AM)                     4

The term "NAS" designates the production of a part according to an established National Aerospace Standard specification which defines the design, manufacturing, test and acceptance criteria for components used in the aerospace industry. The NAS standards are governed by a committee of representatives from the industry, are widely accepted by private and public oversight boards, and cannot be changed by any particular manufacturer. Most importantly, the standard designations of the fasteners are used industry-wide, both by private and public agencies and organizations, to identify fasteners made to the particular standard. A print-out from an Federal Aviation Administration website (URL: *http://www.faa.gov/avr/standard.htm*) explaining "standard parts" and supporting Applicants use of the NAS designation as proper is attached. as Exhibit "A" Thus, Applicants submit that the designation of components as "NAS" parts is not vague and indefinite. Accordingly, Applicants request that Examiner withdraw his rejections under 35 U.S.C. § 112 2nd paragraph of **Claims 1 - 14** and allow **Claims 1 - 14** and new **Claims 15** and **16**.

5.    A Supplemental Information Disclosure Statement is included with this Response. Referenced on the IDS is a Service Bulletin B-79, sent by REVO, Inc. in June of 1999 to the Federal Aviation Administration and a Notice of Proposed Rulemaking published in the *Federal Register* on October 6, 1999. The purpose of the Service Bulletin B-79 was to recommend corrective action with regard to cracks appearing on the wind spar of Lake model amphibious aircraft. Reference to the Service Bulletin B-79 was made in the Notice of Proposed Rulemaking. At the time of this publication, no modification kits had been made, sold, or offered for sale. The particularly relevant features of the kit, namely the inboard-end angle and the anti-corrosion coating on the doubler strap were not disclosed in this Bulletin and had, in fact, not yet been developed. Applicants request Examiner's consideration of the two references submitted herewith.

6.      This Response is timely filed within the three-month shortened statutory period and no additional fees are required.   Nevertheless, the undersigned gives herewith authorization to charge any additional fees required under 37 C.F.R. § 1.16 and 1.17 to the Deposit Account of Thomas L. Bohan & Associates, No. 501 517.

Respectfully submitted,

May 10, 2001

*Patricia Mathers*

Patricia M. Mathers
**Attorney for Applicants**
**Reg. No. 44,906**
**371 Fore Street**
**Portland, ME 04101**
**(207) 773-3132**

Enclosed:

> Express Mailed on: 05/10/2001
> Mailing Label No.: EL291413234US



**Marked-up copy of amended Specification and Claims:**

In the Specification:

Page 4, line 28:     After "protective coating" and before ",", insert --that is a heat-cured ceramic powder coating--.

In the Claims:

1.     A modification kit for retrofitting a wing spar on [a] all models of Lake
amphibious airplanes, [said] each airplane of said models having a root rib, and said
wing spar comprising a wing-spar cap angle that is attached to a wing spar web,
said wing spar web having an upper edge and a lower edge and an inboard end that
attaches to said root rib, a first series of wing-attach bolt-holes that is provided in
said upper edge and a second series of wing-attach bolt-holes that is provided in
said lower edge of said wing spar web, wherein said root rib is angled relative to a
vertical plane of said [Lake model amphibious airplanes] airplane, and wherein said
inboard end of said wing spar has an inboard-end angle that corresponds to an
angle of said root rib, said modification kit comprising:
        an upper doubler-strap and an upper filler-strap;
        a lower doubler-strap and a lower filler-strap; and
        a plurality of wing-spar attachment-bolts;
        wherein each said upper filler-strap and each said upper doubler-strap have
a third series of wing-attach bolt-holes that corresponds precisely with a first series
of wing-attach bolt-holes in an upper edge of a wing spar web, and said lower filler-
strap and said lower doubler-strap have a fourth series of wing-attach bolt-holes that
corresponds precisely with a second series of wing-attach bolt-holes in a lower edge
of said wing spar;
        wherein said upper and said lower doubler-straps have a doubler-protective-
coating and said upper and said lower filler-straps have a filler-protective-coating,
and
        wherein said upper doubler-strap has an upper inboard-end angle and said

24      lower doubler-strap has a lower inboard end angle.


1    **7.**    The kit of **Claim 1**, wherein said doubler-protective coating is a powder

2    coating that is heat-cured to form a ceramic coating [**SermeTel ® protective coating**].


**Claims 2 - 6** and **8 - 14** remain unchanged.


New Claims :


**15.**    The kit of **Claim 7**, wherein said ceramic coating is a SermeTel® ceramic

coating.


1    **16.**    The kit of **Claim 7**, wherein said ceramic coating is a Midrofin Allseal®

2    ceramic coating.

## What is a Standard Part?

| Definition |
| Fastener Quality Act |
| Aircraft Safety Act of 2000 |
| Current Issues |
| Alerts |
| Additional Info |

Mentioning standard parts usually brings to mind the thought of merely "nuts or bolts," when, in fact, other types of parts as well as materials used to produce aviation parts may fall under the category of "standard part."

A standard part is a part or material that conforms to an established industry or U.S. government published specification. The FAA's acceptance of a "standard part" as an approved part is based on the certification that the part has been designed and produced in accordance with an independent established set of specifications and criteria.

"Standard part" is not defined in Title 14 of the Code of Federal Regulations. Section 21.303(b) provides four exceptions to the requirement to hold a Parts Manufacturer Approval to produce replacement and modification aircraft parts. Section 21.303(b)(4) provides the exception for standard parts (bolts and nuts) - parts that conform to established industry or U.S. specifications.

The FAA has published a non-regulatory definition of "standard part" as well as interpretative information regarding what criteria parts must meet to come under the standard part category. Advisory Circular 21-29B, Detecting and Reporting Suspected Unapproved Parts, provides the following definition of standard part:

> A part manufactured in complete compliance with an established industry or U.S. government specification which includes design, manufacturing, test and acceptance criteria, and uniform identification requirements; or for a type of part which the Administrator has found demonstrates conformity based solely on meeting performance criteria, is in complete compliance with an established industry or U.S. government specification which contains performance criteria, test and acceptance criteria, and uniform identification requirements. The specification must include all information necessary to produce and conform the part and be published so that any party may manufacture the part. Examples include, but are not limited to, National Aerospace Standard (NAS), Army-Navy Aeronautical Standard (AN), Society of Automotive Engineers (SAE), SAE Sematec, Joint Electron Device Engineering Council, Joint Electron Tube Engineering Council, and American National Standards Institute (ANSI).

This definition incorporates two categories of standard part criteria. Initially, the FAA recognized as "standard" those parts that met published specifications that included information clearly establishing design, materials, manufacture, and uniform identification requirements.

The FAA issued a subsequent interpretation of "standard part" that provided for a class of parts that conform to a standard not based on their physical configuration but on their meeting a specified performance criterion. The FAA stated this second category of "standard parts" is best exemplified by discrete electrical and electronic parts. See 62 Fed. Reg. 9,923 (1997). The FAA must make a specific finding of applicability to a class of parts before the "performance only" criteria can be used.

## Regulatory Oversight

The FAA does not certificate manufacturers of standard parts. However, when a type design calls for the installation of a standard part, the FAA may conduct surveillance of the manufacturer and/or supplier of that part.

The FAA has previously noted that standard part manufacturers are subject to continuing in-depth audits by their customers, and these audits provide an appropriate degree of confidence that the standards are being met. A standard part must conform to the designated part specification in order to qualify as a standard part. Accordingly, the production of a standard part offered for sale for installation on a type-certificated product where that part does not conform to the standard part specification may be a violation of section 21.303(a).

Recognizing that billions of fasteners are used in the American economy each year, Congress enacted the Fastener Quality Act (FQA) (15 U.S.C. 5401). Enacted in 1990, the FQA has been subsequently amended several times; however, the basic intent remains the same, i.e., to ensure the quality of fasteners and to

Express Mailed on: 05/14/01
Mailing Label No.: EL29141323409

DOCKET No. 00-124

prevent mismarked, misrepresented and counterfeit fasteners from entering the commercial market. Numerous articles have been written on the FQA; however, several points are noteworthy.

For purposes of the FQA, fastener is defined as:

> A metallic screw, nut, bolt, or stud having internal or external threads, with a nominal diameter of 6 millimeters or greater, in the case of such items described in metric terms, or ¼ inch or greater, in the case of such items described in terms of the English system of measurement, or a load-indicating washer, that is through-hardened or represented as meeting a consensus standard that calls for through-hardening, and that is grade identification marked or represented as meeting a consensus standard that requires grade identification marking....

The FQA then provides various types and configurations of fasteners that are exempt from the Act, including fasteners specifically manufactured for use on an aircraft if the quality and suitability of those fasteners have been approved by the FAA or by a foreign airworthiness authority. Although the U.S. Department of Commerce is responsible for implementation and enforcement of the FQA, this exemption provides that the FAA has the regulatory oversight and enforcement for fasteners approved for installation on aircraft.

**Standard or ???**

Standard parts are produced in accordance with *published* specifications and criteria. Incident to an enhanced enforcement program initiated by the FAA to bring parts manufacturers into compliance with section 21.303, it became obvious that many specialized fasteners, seals, and bearings are manufactured to specifications that are known only to the manufacturer. Obtaining a Parts Manufacturer Approval for these specialized groups of fasteners, seals, and bearings would not have been practical, and yet these groups of parts fell outside the criteria for standard part since their specifications are not published.

To provide approvals under which these groups of parts could be produced, the FAA issued the following Technical Standard Orders (TSO): TSO-C148, Aircraft Fasteners; TSO-C149, Aircraft Bearings; and TSO-C150, Aircraft Seals. Authorizations for these TSO's are not issued for standard parts nor for parts used in critical applications. In contrast to "standard part" nuts, bolts, etc., these fasteners, bearings, and seals must meet the TSO minimum performance, marking and installation approval requirements.

Eleven companies currently hold authorization for TSO-C148; six companies hold authorization for TSO-C149; and four companies hold authorization for TSO-C150. Although only 21 companies hold these authorizations, hundreds of thousands of individual parts are produced under the TSO's. Producers holding a TSO authorization are production approval holders and are subject to FAA regulatory oversight and enforcement.

**Considerations**

When purchasing and installing standard parts, consider the following:

- A Certificate of Conformity (C of C) should be provided by the producer of a standard part.

- A standard part should carry a mark indicating the part has been produced in accordance with the specification requirements.

- A part is no longer considered "standard" if it is used in a critical application that imposes qualification or quality control requirements beyond the standard specification.

- To facilitate traceability, commingling like fasteners from different lots is not recommended.

- Section 21.303(b)(4) provides that acceptable government specifications are limited to those published by the U.S. Government. Parts produced to a foreign standard may, however, be acceptable for installation on foreign type-certificated aircraft and products.

- Installation of a standard part must be in accordance with the requirements of part 43. Generally, a standard part may be replaced with an identical standard part; however, substituting standard parts

would require a demonstration of acceptability in accordance with part 43.

- The purpose of the recently enacted "Aircraft Safety Act of 2000" is to safeguard against the dangers posed by the installation of nonconforming, defective or counterfeit aircraft and space vehicle parts. This criminal law prohibits false or fraudulent representations regarding the sale or installation of aircraft and space vehicle parts. The law provides penalties that include fines up to $20 million and/or imprisonment for a term of years to life. Specifically, the law prohibits any falsification or concealment of any material fact concerning any aircraft or space vehicle part; prohibits any materially fraudulent representation concerning any aircraft or space vehicle part; and prohibits the making or use of any materially false writing, entry, certification, document, record, data plate, label, or electronic communication concerning any aircraft or space vehicle part. The law also prohibits fraudulent representations relating to the export, import, introduction, sale, trade or installation of aircraft or space vehicle parts. Enacted as Section 506 of the Federal Aviation Administration Authorization Act, the new law will be codified as Chapter 2 of Title 18, United States Code, which deals with aircraft and motor vehicle offenses.

## Current Issues Involving Standard Parts

9/9/00

A Suspected Unapproved Parts (SUP) investigation is addressing non-conforming bulk wire rope, a material produced to a military specification that may be used in the fabrication of aircraft control cables. Click here to view photographs that illustrate some noted differences between the "approved" and unapproved wire rope. To obtain additional details about the wire rope, view Unapproved Parts Notification (UPN) 99-273 [.txt | .doc], issued May 18, 2000, to alert the industry.

## Alerts

There are several resources available to obtain additional information on unapproved parts. Alerts issued by the FAA can be found in AC 43.16, and on this website under Unapproved Parts. The Government Industry Data Exchange Program (GIDEP) also maintains a database of various alert info.

## Additional Information

Reference material in Advisory Circular 65-9, Airframe and Powerplant Mechanics General Handbook, Chapter 5 [1.9 MB file] and Chapter 6 [3.2 MB file], contains additional information on parts and materials that are manufactured and conform to established industry or U.S. Government standards.

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application No.:      09/696,127
Filing Date:         October 25, 2001
Applicants:          Jack M. TARBOX and Philip J. BAKER
Title:               WING SPAR MODIFICATION KIT
Group Art Unit:      3641
Examiner:            J. Woodrow ELDRED

Attorney No.:        00-124

To:    Commissioner for Patents
       Washington, D.C. 20231

## PETITION REQUESTING CONSIDERATION OF SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT, PURSUANT TO 37 C.F.R. § 1.97

Dear Sir:

Applicant respectfully requests review of the references cited in the enclosed Information Disclosure Statement (PTO-1449). A careful and thorough search of the prior art relevant to the above-cited application was carried out at the time a petition to make special was filed. Upon further study of the application, however, the undersigned now requests consideration of the enclosed reference.

Reference No. 1 of the attached IDS (PTO-1449) is a Service Bulletin B-79 of the company Revo, Inc., published on May 27, 1999, and referenced in an Airworthiness Directive AD 2000-10-22, published on June 20, 2000. The Bulletin B-79 discloses the inspection and repair procedure for cracks and corrosion on a wing spar doubler and on a spar cap angle and the installation procedure for a B-79 Wing Spar Modification Kit.

Reference No. 2 is a Notice of Proposed Rulemaking, published in the Federal Register on October 6, 1999, Vol. 64, No. 193. This Notice refers to the B-79 Service Bulletin of REVO, Inc.

The Wing Spar Modification Kit shown in the B-79 Bulletin discloses a plurality of doubler straps, fillers, and cap angles.  It does not disclose the inboard-end angle on the doubler straps or the corrosion protection coating on the doubler straps, which had not yet been developed at the time the Bulletin was released.

A check for the petition fee of $130.00 is enclosed.  Applicants respectfully request that Examiner review the submitted information and return a copy of the IDS with the initials of the Examiner and the date.

Respectfully submitted,

*Patricia Mathers*

May 10, 2001                              Patricia M. Mathers
                                          Attorney for Applicants
                                          Reg. No. 44,906
Enclosed:                                 Thomas L. Bohan & Associates
Check no.                                 371 Fore Street
Fee Transmittal                           Portland, ME 04101
IDS (PTO-1449)                            (207) 773-3132

Express Mailed on: 05/10/2001
Mailing Label No.: EL291413234US

Application No.: 09/696,127
Docket: 00-124
PMM May 9, 2001 (3:49PM)
EXHIBIT B ENPAT'S MARKMAN MOTION
6:11-cv-00084-GAP-KRS

2
PAGE 22

Express Mailed on: *33/10/2001*

Mailing Label No.: EL291413234US

*(stamp: OIPE JC168 MAY 10 2001 PATENT & TRADEMARK OFFICE)*

Please type a plus sign (+) inside this box → +

PTO/SB/21 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **TRANSMITTAL FORM** | **Application Number** — 09/696,127 |
| | **Filing Date** — 10-25-2000 |
| | **First Named Inventor** — Jack M. TARBOX, et al |
| *(to be used for all correspondence after initial filing)* | Group Art Unit — 3644 |
| | Examiner Name — Woodrow Eldred |
| Total Number of Pages in This Submission — 28 | Attorney Docket Number — 00-124 |

## ENCLOSURES  *(check all that apply)*

- [✔] Fee Transmittal Form
  - [✔] Fee Attached
- [✔] Amendment / Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [✔] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Assignment Papers *(for an Application)*
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [✔] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____

Remarks

- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)*
- [ ] Proprietary Information
- [ ] Status Letter
- [✔] Other Enclosure(s) *(please identify below)*:

Exhibit "A"
Return postcard

*(vertical stamp: TC 3600 MAY 16 2001 MAIL ROOM — RECEIVED)*

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Thomas L. Bohan & Associates |
|---|---|
| Signature | *Patricia Mruthers* |
| Date | May 10, 2001 |

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, Washington, DC 20231 on this date: _____

| Typed or printed name | |
|---|---|
| Signature | | Date |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Process Mailed on: 5/10/2001
Mailing Label No: EL29/413234US

OIPE JC188
MAY 10 2001
PATENT & TRADEMARK OFFICE

PTO/SB/17 (09-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
# for FY 2001

*Patent fees are subject to annual revision.*

| Complete if Known | |
|---|---|
| Application Number | 09/696,127 |
| Filing Date | October 25, 2000 |
| First Named Inventor | TARBOX, Jack M. |
| Examiner Name | J. Woodrow Eldred |
| Group Art Unit | 3644 |
| Attorney Docket No. | 00-124 |

| TOTAL AMOUNT OF PAYMENT | ($) | 130.00 |
|---|---|---|

## METHOD OF PAYMENT

**1.** ☐ The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

Deposit Account Number: **501517**

Deposit Account Name: **Thomas L. Bohan & Associates**

☑ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

☐ Applicant claims small entity status. See 37 CFR 1.27

**2.** ☑ **Payment Enclosed:**
☑ Check ☐ Credit card ☐ Money Order ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 710 | 201 | 355 | Utility filing fee | |
| 106 | 320 | 206 | 160 | Design filing fee | |
| 107 | 490 | 207 | 245 | Plant filing fee | |
| 108 | 710 | 208 | 355 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

SUBTOTAL (1) ($)

### 2. EXTRA CLAIM FEES

| | | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | ☐ -20** = | ☐ X | ☐ = | ☐ |
| Independent Claims | ☐ - 3** = | ☐ X | ☐ = | ☐ |
| Multiple Dependent | | ☐ X | ☐ = | ☐ |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 | |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid | |
| 109 | 80 | 209 | 40 | ** Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2) ($)

**or number previously paid, if greater; For Reissues, see above

### 3. ADDITIONAL FEES (continued)

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for *ex parte* reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 390 | 216 | 195 | Extension for reply within second month | |
| 117 | 890 | 217 | 445 | Extension for reply within third month | |
| 118 | 1,390 | 218 | 695 | Extension for reply within fourth month | |
| 128 | 1,890 | 228 | 945 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,240 | 241 | 620 | Petition to revive - unintentional | |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 600 | 244 | 300 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | 130.00 |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 710 | 246 | 355 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify) _____

* Reduced by Basic Filing Fee Paid

SUBTOTAL (3) ($) 130.00

RECEIVED
MAY 15 2001
MAIL ROOM

## SUBMITTED BY

| Name (Print/Type) | Patricia M. Mathers | Registration No. (Attorney/Agent) | 44,906 | Telephone | (207) 773-3132 |
|---|---|---|---|---|---|
| Signature | *Patricia M. Mathers* | | | Date | 5/10/01 |

Complete (if applicable)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Express Mailed on: 05/10/2001
Mailing Label No: _____

Please type a plus sign (+) inside this box → ☐ +

PTO/SB/08B (10-96)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

OIPE
MAY 10 2001
PATENT & TRADEMARK OFFICE

Substitute for form 1449B/PTO

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 09/696,127 |
| Filing Date | October 25, 2000 |
| First Named Inventor | TARBOX, Jack M. |
| Group Art Unit | 3644 |
| Examiner Name | Woodrow Eldred |
| Attorney Docket Number | 00-124 |

| Sheet | 1 | of | 1 |
|---|---|---|---|

### OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| *WE* | 1 | - REVO, INC. SERVICE BULLETIN B-79 OF MAY 27, 1999 | |
| *WE* | 2 | - NOTICE OF PROPOSED RULEMAKING, IN: FEDERAL REGISTER, OCTOBER 6, 1999, VOLUME 64, NUMBER 193 | |
| | | | |
| | | | |
| | | | |
| | | RECEIVED MAY 16 2001 TC 3600 MAIL ROOM | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | *Woodrow Eldred* | Date Considered | 8-7-01 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Unique citation designation number. ² Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/696,127 | 10/25/00 | TARBOX                J | 00-124 |

024124                          PM82/0426
THOMAS L. BOHAN & ASSOCIATES
371 FORE STREET
SUITE 202
PORTLAND ME 04101

| | EXAMINER |
|---|---|
| | ELDRED, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3644 | 6 |

DATE MAILED:

04/26/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner of Patents and Trademarks**

| **Office Action Summary** | Application No.<br>09/696,127 | Applicant(s)<br>Tarbox et al |  |
| | Examiner<br>Woodrow Eldred | Group Art Unit<br>3644 | |

*—The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address—*

### Period for Response

A SHORTENED STATUTORY PERIOD FOR RESPONSE IS SET TO EXPIRE _____3_____ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a response be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for response is specified above, such period shall, by default, expire SIX (6) MONTHS from the mailing date of this communication .
- Failure to respond within the set or extended period for response will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

### Status

☐ Responsive to communication(s) filed on _____ .

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 1 1; 453 O.G. 213.

### Disposition of Claims

☒ Claim(s) _____1-14_____ is/are pending in the application.

   Of the above claim(s)_____ is/are withdrawn from consideration.

☐ Claim(s)_____ is/are allowed.

☒ Claim(s) _____1-14_____ is/are rejected.

☐ Claim(s)_____ is/are objected to.

☐ Claim(s)_____ are subject to restriction or election requirement.

### Application Papers

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The proposed drawing correction, filed on_____ is ☐ approved ☐ disapproved.

☐ The drawing(s) filed on_____ is/are objected to by the Examiner.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

### Priority under 35 U.S.C. § 119 (a)-(d)

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 11 9(a)-(d).

   ☐ All  ☐ Some*  ☐ None  of the CERTIFIED copies of the priority documents have been

   ☐ received.

   ☐ received in Application No. (Series Code/Serial Number)_____ .

   ☐ received in this national stage application from the International Bureau (PCT Rule 1 7.2(a)).

   *Certified copies not received:_____ .

### Attachment(s)

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___3____     ☐ Interview Summary, PTO-413

☒ Notice of References Cited, PTO-892                                      ☐ Notice of Informal Patent Application, PTO-152

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948                  ☐ Other_____

**Office Action Summary**

Application/Control Number: 09/696,127                                    Page 1

Art Unit: 3644

1.    The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and
> distinctly claiming the subject matter which the applicant regards as his invention.

2.    Claims 1-14 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for
failing to particularly point out and distinctly claim the subject matter which applicant regards as
the invention.

In claim 1, lines 1 and 7, the phrase "Lake model amphibious airplane" is vague and
indefinite since the phrase contains what appears to be a trademarked name and is thus not
clearly defined since a trademark defines the source of an object, not its parameters. The
limitations of the claimed plane should be made in generic terms of art. Likewise, claim 7
contains an improper trademark name. Also, the limitations of the bolts of claim 14 is indefinite,
since the designations made are subject to change.

3.    Claims 1-14  would be allowable if rewritten or amended to overcome the rejection(s)
under 35 U.S.C. 112, 2nd paragraph, set forth in this Office action.

4.    The prior art made of record and not relied upon is considered pertinent to applicant's
disclosure.  Morris et al are cited as being of interest since they disclose aircraft wing assembly
joint.

5.    Any inquiry concerning this communication or earlier communications from the examiner
should be directed to J. Woodrow Eldred whose telephone number is (703) 306-4151.

Any inquiry of a general nature or relating to the status of this application or proceeding
should be directed to the Group receptionist whose telephone number is (703) 306-4177.

*J. Woodrow Eldred*

J. WOODROW ELDRED
PRIMARY EXAMINER
GROUP 220

| FORM PTO-892 (REV. 2-92) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 09/696,127 | GROUP ART UNIT 3644 | ATTACHMENT TO PAPER NUMBER 6 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) Tarbox et al | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 5 9 4 4 2 8 6 | 8-1999 | Morris et al | 244 | 131 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER Woodrow Eldred | DATE 4-20-01 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

Express Mail No. ___
Mailing Label No. EL291412446 U

Please type a plus sign (+) inside this box → [+]

PTO/SB/08A (10-96)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| | | | | Application Number | 09/696,127 |
| | | | | Filing Date | October 25, 2000 |
| | | | | First Named Inventor | TARBOX, Jack M. |
| | | | | Group Art Unit | |
| | | | | Examiner Name | |
| Sheet | 1 | of | 1 | Attorney Docket Number | 00-124 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | U.S. Patent Document Number | Kind Code² (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| *(init)* | 1 | 3,499,622 | | Lugan, et al | 03-10-1970 | |
| *(init)* | 2 | 3,827,661 | | Ryan, et al | 08-06-1974 | |
| *(init)* | 3 | 4,411,380 | | McWithey, et al | 10-25-1983 | |
| *(init)* | 4 | 4,624,599 | | Piasecki | 11-25-1986 | |
| *(init)* | 5. | 4,962,904 | | Perry, et al | 10-16-1990 | |
| *(init)* | 6 | 5,297,760 | | Hart-Smith | 03-29-1994 | |
| *(init)* | 7 | 5,735,626 | | Khatiblou, et al | 04-07-1998 | |

OIPE
FEB 06 2001
PATENT & TRADEMARK OFFICE

RECEIVED
FEB 15 2001
TO 3600 MAIL ROOM

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Office³ | Number⁴ | Kind Code⁵ (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | *Woodrow Eldred* | Date Considered | 4-20-01 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

# UNITED STATES PATENT & TRADEMARK OFFICE

#5

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL
PROPERTY AND DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE
Washington, D.C. 20231

## MAILED

Thomas L. Bohan & Associates
371 Fore Street, Suite 202
Portland, ME 04101

APR 1 8 2001

Office of the Director
Group 3600

Paper No. 5

In re Application of:
Jack M. Tarbox et al.
Serial No. 09/696,127
Filed: October 25, 2000
For:   WING SPAR MODIFICATION KIT

:
:
:   **DECISION ON PETITION**
:   **TO MAKE SPECIAL**
:   **(INFRINGEMENT)**
:

This is a decision on the petition under 37 C.F.R § 1.102(d) filed February 6, 2001 to make the above-identified application special.

The petition requests that the above-identified application be made special under the procedure set forth in M.P.E.P. § 708.02, item II: Infringement.

MPEP 708.02 states that a Petition to Make Special based on Infringement must have the following: (1) the appropriate petition fee under 37 CFR 1.17(i); (2) a statement by the assignee, applicant, or attorney alleging: (A) that there is an infringing device or product actually on the market; (B) that a rigid comparison of the alleged infringing device or product with the claims of the application has been made, and that, in his or her opinion, some of the claims are unquestionably infringed; and (C) that he or she has made a careful and thorough search of the prior art, or has good knowledge of the prior art, and has sent a copy of the references deemed most closely related to the subject matter encompassed by the claims.

The petition filed February 6, 2001 includes all of the requirements above and, therefore, the petition is **GRANTED**.

The examiner is directed (1) to make an interference search for possible interfering applications; (2) to promptly examine this application out of turn; and (3) if any interfering application is discovered, to examine such application simultaneously and state in the first official letter of such application that it is being taken out of turn because of a possible interference.

Petitioner is advised that this application will continue to be special, throughout its entire prosecution and pendency, including interference and appeal, if any, only if petitioner makes a prompt *bona fide* effort, in response to each Office action, to place the application in condition for allowance, even if it is necessary to conduct an interview with the examiner to accomplish this purpose.

Steven N. Meyers
Special Programs Examiner
Technology Center 3600
(703) 308-3868

snm/snm : 4/18/01

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application No.:  09/696,127
Filing Date:  October 25, 2000
Applicants:  Jack M. TARBOX and Philip J. BAKER
Title:  WING SPAR MODIFICATION KIT
Group Art Unit:  3641
Examiner:  (not yet assigned)

Attorney No.:  00-124

To:  Assistant Commissioner for Patents
      Washington, D.C. 20231

## PETITION TO MAKE SPECIAL — FOR REASONS OF INFRINGEMENT

### pursuant to 37 C.F.R. § 1.102(d)

Dear sir:

1.      Applicants hereby petition that the above-cited application be granted Special Status.  This Petition is accompanied by a check in the amount of $130.

2.      Applicants filed an application for patent on a modification kit which it developed for Lake model amphibious aircraft.  The Federal Aviation Administration (FAA) issued a type certificate approving this kit for retrofitting Lake LA-4 and Lake Model 250 aircraft.  On January 24, 2001, the FAA issued a Supplemental Type Certificate, approving a modification kit made by JCM Aerodesign Ltd., of Peterborough, Ontario, for retrofitting the same Lake aircraft. This second kit by JCM Aerodesign is identical to the kit developed by Applicants, and is now being sold in the United States.

PMM
Docket No: 00-124
February 6, 2001                          1

3.     A rigid comparison of the Airtech modification kit with the kit claimed in the pending application has been made and the two kits are found to be identical.  In the opinion of the undersigned, some of the claims are unquestionably infringed.

4.     A careful and thorough supplemental search of the prior art was conducted and Examiner Eldred in Art Unit 3644 was consulted regarding the field of search.  The following U.S. classes and subclasses were searched:

Class 244 (Aeronautics), subclasses 131, 129.1, 119, and 120.

5.     A Supplemental Information Disclosure Statement (PTO-1449) and a copy of each of the references listed in the Information Disclosure Statement are enclosed.  These references are as follows.

6.     **Khatiblou et al (U.S. Patent 5,735,626; 1998)** discloses a thrusting rail-joint assembly for joining and rapidly separating two host structures.  The assembly comprises an outer rail segment attached to a first fairing, and an inner rail segment attached to a second fairing.  A doubler is attached by a single bolt to each outer side of the inner rail segment.  The doubler functions as a biasing spring that urges protrusions on the outer rail segment into recesses on the inner rail segment.  *See* Figs. 1 and 2 and Col. 3, line 60 to Col. 4, line 19.

7.     **Hart-Smith (U.S. Patent 5,297,760; 1994)** discloses an aircraft skin lap splice in which the inner skin has fingers that extend inward, away from the edge of the splice, and that are fastened to the outer skin.  The fingers absorb some of the stresses applied to the skin.  *See* Figs. 4 to 9 and Col. 4, lines 39 to 58.

8.     **Perry et al. (U.S. Patent 4,962,904; 1990)** discloses a transition fitting for a high strength composite panel of an airfoil member.  The fitting comprises a shank extending outward from the foam core of an airfoil panel and a profiled web extending into the

PMM
Docket No: 00-124
February 6, 2001                                  2

foam core.

9.      **Piasecki (U.S. Patent 4,624,599; 1986)** discloses a multi-tubular truss joint and method of joining tubes, wherein the end of a tube of greater diameter is fitted over the end of a tube of lesser diameter.  Round tubes are flattened into an elongated and flat oval shape.  Doubler plates are shaped to the contours of the tubes and are secured to the outer surfaces of the upper and lower halves of the flattened end portions of the tubes.  A composite splice plate fits between the endmost portions of the two joined tubes, one plate on the upper, one on the lower flattened portion of the tubes.  Riser plates are used to fill in spaces between the splice plate and the tubes.  *See* Figs. 1 and 3; Col. 2, line 43 to Col. 3, line 48.

10.     **McWithey et al. (U.S. Patent 4,411,380; 1983)** discloses honeycomb stiffeners for use in fabricating exterior structural panels on aerospace vehicles.  Honeycomb material is fastened onto the inner surface of a cap material.  The capped honeycomb material is then cut into lengths to serve as stringer-like stiffeners.   The open honeycomb side of the stiffener is secured to a sheet of material designed to form the skin layer.  *See* Col. 2, lines 6 to 14 and Fig. 6.

11.     **Ryan et al. (U.S. Patent 3,827,661; 1974)** discloses an aircraft wing structure. The top skin of the aircraft wing is rolled to form a leading edge.  A doubler is riveted to the underside of the leading edge as a means of reinforcing the leading edge.  The doubler has a short upwardly extending front face and a rearwardly extending flange portion for attaching it to the underside of the leading edge.

PMM
Docket No: 00-124
February 6, 2001                    3

12.   **Lugan and Surcin (U.S. Patent 3,499,622; 1970)** discloses a junction between the fuselage and the wings of an aircraft.  A reinforcing member and an angled member are clamped to a fillet panel and a reinforcing rib, respectively.  The angled member is also riveted to the structure of the aircraft wing.  *See* Col. 2, lines 34 to 57, and Figs. 1 and 2.

13.   Two prior art references were cited in the Information Disclosure Sheet (PTO-1449) filed with the application on October 25, 2000.  These references, **Cox (U.S. Patent 4,984,347)** and **Welch et al. (U.S. Patent 5,975,237)**, were discussed in the application and require no further discussion here.

14.   Applicant believes that this Petition complies with MPEP § 708.02 II Infringement and therefore requests that this petition to make special be granted and the application be advanced out of order for examination.

Respectfully submitted,

February 6, 2001

Patricia M. Mathers
Attorney for Applicants
Reg. No. 44,906
371 Fore Street
Portland, ME 04101
(207) 773-3132

Enclosed:
IDS (PTO-1449), dated Feb. 6, 2001
Check No. 4443

Express Mailed on: 02-06-2001
Mailing Label No.: EL 291412446 US

Express Mailed on: 02-06-2001
Mailing Label No.: EL291412446US

02-07-01

GAU 3641

#3
2-13-01
DRS

OIPE
FEB 06 2001
PATENT & TRADEMARK

Please type a plus sign (+) inside this box → +

PTO/SB/21 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| **Application Number** | 09/696,127 |
| **Filing Date** | 10-25-2000 |
| **First Named Inventor** | Jack M. TARBOX |
| **Group Art Unit** | 3641 |
| **Examiner Name** | (not yet assigned) |

| Total Number of Pages in This Submission | 7 | Attorney Docket Number | 00-124 |
|---|---|---|---|

## ENCLOSURES   *(check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment / Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [✓] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Assignment Papers *(for an Application)*
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [✓] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CDs _____

| Remarks |
|---|

- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)*
- [ ] Proprietary Information
- [ ] Status Letter
- [✓] Other Enclosure(s) *(please identify below)*:

  Seven U.S. patents cited and attached to Information Disclosure Statement

**RECEIVED**
FEB 15 2001
TO 3600 MAIL ROOM

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm *or* Individual name | Thomas L. Bohan & Associates |
|---|---|
| Signature | *Patricia Mruithes* |
| Date | February 6, 2001 |

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, Washington, DC 20231 on this date:

| Typed or printed name | |
|---|---|
| Signature | | Date | |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Express Mailed on: 02-06-200[...]
Mailing Label No.: EX 29,141 200[...]

FEB 0 6 2001

PTO/SB/17 (09-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2001

*Patent fees are subject to annual revision.*

RECEIVED
FEB 1 5 2001
TO 3000 MAIN ROOM

| Complete if Known | |
|---|---|
| Application Number | 09/696,127 |
| Filing Date | 10-25-2000 |
| First Named Inventor | TARBOX, Jack M. |
| Examiner Name | (not yet assigned) |
| Group Art Unit | 3641 |
| Attorney Docket No. | 00-124 |

| TOTAL AMOUNT OF PAYMENT | ($) | 130.00 |
|---|---|---|

## METHOD OF PAYMENT

**1.** ☐ The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

Deposit Account Number: **501517**

Deposit Account Name: **Thomas L. Bohan & Associates**

☑ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

☑ Applicant claims small entity status. See 37 CFR 1.27

**2.** ☑ **Payment Enclosed:**
☑ Check  ☐ Credit card  ☐ Money Order  ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 710 | 201 | 355 | Utility filing fee | |
| 106 | 320 | 206 | 160 | Design filing fee | |
| 107 | 490 | 207 | 245 | Plant filing fee | |
| 108 | 710 | 208 | 355 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

SUBTOTAL (1) ($)

### 2. EXTRA CLAIM FEES

| | | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | | -20** = | X | = |
| Independent Claims | | - 3** = | X | = |
| Multiple Dependent | | | X | = |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 | |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid | |
| 109 | 80 | 209 | 40 | ** Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2) ($)

**or number previously paid, if greater; For Reissues, see above

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for *ex parte* reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 390 | 216 | 195 | Extension for reply within second month | |
| 117 | 890 | 217 | 445 | Extension for reply within third month | |
| 118 | 1,390 | 218 | 695 | Extension for reply within fourth month | |
| 128 | 1,890 | 228 | 945 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,240 | 241 | 620 | Petition to revive - unintentional | |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 600 | 244 | 300 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | 130.00 |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 710 | 246 | 355 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify) _____

* Reduced by Basic Filing Fee Paid

SUBTOTAL (3) ($) 130.00

### SUBMITTED BY

| | | | Complete (if applicable) | |
|---|---|---|---|---|
| Name (Print/Type) | Patricia M. Mathers | Registration No. (Attorney/Agent) | 44,906 | Telephone (207) 773-3132 |
| Signature | *Patricia Mathers* | | Date | 02-06-2001 |

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments upon the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Please type a plus sign (+) inside this box ➔ [+]

PTO/SB/05 (12/97)
Approved for use through 09/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **UTILITY PATENT APPLICATION TRANSMITTAL** (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Attorney Docket No. | 00-124 | Total Pages | 31 |
|---|---|---|---|---|
| | First Named Inventor or Application Identifier | | | |
| | TARBOX, Jack M. | | | |
| | Express Mail Label No. | EL291412534US | | |

| **APPLICATION ELEMENTS** See MPEP chapter 600 concerning utility patent application contents. | **ADDRESS TO:** Assistant Commissioner for Patents Box Patent Application Washington, DC 20231 |
|---|---|

1. [✔] Fee Transmittal Form (Submit an original, and a duplicate for fee processing)

2. [✔] Specification [Total Pages 14 ] (preferred arrangement set forth below)
   - Descriptive title of the Invention
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to Microfiche Appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings (if filed)
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure

3. [✔] Drawing(s) (35 USC 113) [Total Sheets 6 ]

4. Oath or Declaration [Total Pages 3 ]
   a. [✔] Newly executed (original or copy)
   b. [ ] Copy from a prior application (37 CFR 1.63(d)) (for continuation/divisional with Box 17 completed) [Note Box 5 below]
      i. [ ] DELETION OF INVENTOR(S) Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).

5. [ ] Incorporation By Reference (useable if Box 4b is checked) The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under Box 4b, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

6. [ ] Microfiche Computer Program (Appendix)

7. Nucleotide and/or Amino Acid Sequence Submission (if applicable, all necessary)
   a. [ ] Computer Readable Copy
   b. [ ] Paper Copy (identical to computer copy)
   c. [ ] Statement verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

8. [✔] Assignment Papers (cover sheet & document(s))
9. [ ] 37 CFR 3.73(b) Statement (when there is an assignee)    [ ] Power of Attorney
10. [ ] English Translation Document (if applicable)
11. [✔] Information Disclosure Statement (IDS)/PTO-1449    [ ] Copies of IDS Citations
12. [ ] Preliminary Amendment
13. [✔] Return Receipt Postcard (MPEP 503) (Should be specifically itemized)
14. [✔] Small Entity Statement(s)    [ ] Statement filed in prior application, Status still proper and desired
15. [ ] Certified Copy of Priority Document(s) (if foreign priority is claimed)
16. [ ] Other: _____
   _____
   _____

17. If a CONTINUING APPLICATION, check appropriate box and supply the requisite information:
[ ] Continuation   [ ] Divisional   [ ] Continuation-in-part (CIP)   of prior application No: _____/_____

**18.   CORRESPONDENCE ADDRESS**

[✔] Customer Number or Bar Code Label    **24124** (Insert Customer No. or Attach bar code label here)    or   [ ] Correspondence address below

| NAME | |
|---|---|
| ADDRESS | |

| CITY | | STATE | | ZIP CODE | |
| COUNTRY | | TELEPHONE | | FAX | |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231.

PTO/SB/17 (09-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2001

*Patent fees are subject to annual revision.*

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | TARBOX, Jack M. |
| Examiner Name | |
| Group Art Unit | |
| Attorney Docket No. | 00-124 |

**TOTAL AMOUNT OF PAYMENT**   ($)   355.00

## METHOD OF PAYMENT

1. [ ] The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

Deposit Account Number: **501517**

Deposit Account Name: **Thomas L. Bohan & Associates**

[x] Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

[ ] Applicant claims small entity status. See 37 CFR 1.27

2. [x] **Payment Enclosed:**
[x] Check   [ ] Credit card   [ ] Money Order   [ ] Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 710 | 201 | 355 | Utility filing fee | |
| 106 | 320 | 206 | 160 | Design filing fee | |
| 107 | 490 | 207 | 245 | Plant filing fee | |
| 108 | 710 | 208 | 355 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

SUBTOTAL (1) ($)

### 2. EXTRA CLAIM FEES

| | | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|---|
| Total Claims | 14 | -20** = | | X | = | |
| Independent Claims | 1 | - 3** = | | X | = | |
| Multiple Dependent | | | | | = | |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 | |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid | |
| 109 | 80 | 209 | 40 | ** Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2) ($) 355.00

**or number previously paid, if greater; For Reissues, see above

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for *ex parte* reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 390 | 216 | 195 | Extension for reply within second month | |
| 117 | 890 | 217 | 445 | Extension for reply within third month | |
| 118 | 1,390 | 218 | 695 | Extension for reply within fourth month | |
| 128 | 1,890 | 228 | 945 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,240 | 241 | 620 | Petition to revive - unintentional | |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 600 | 244 | 300 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 710 | 246 | 355 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify) _____

* Reduced by Basic Filing Fee Paid     SUBTOTAL (3) ($)

## SUBMITTED BY

| | Complete (if applicable) | |
|---|---|---|
| Name (Print/Type): Patricia M. Mathers | Registration No. (Attorney/Agent): 44,906 | Telephone: (207) 773-3132 |
| Signature: *Patricia M. Mathers* | | Date: 10/25/2000 |

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

PTO/SB/09 (12-87)
Approved for use through 9/30/00. OMB 0551-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| STATEMENT CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) & 1.27(b))--INDEPENDENT INVENTOR | Docket Number (Optional) 00-124 |
|---|---|

Applicant, Patentee, or Identifier: **JACK M. TARBOX**

Application or Patent No.: _____

Filed or Issued: _____

Title: **WING SPAR MODIFICATION KIT**

As a below named inventor, I hereby state that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office described in:

☑ the specification filed herewith with title as listed above.

☐ the application identified above.

☐ the patent identified above.

I have not assigned, granted, conveyed, or licensed, and am under no obligation under contract or law to assign, grant, convey, or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern, or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

☑ No such person, concern, or organization exists.

☐ Each such person, concern, or organization is listed below.

Separate statements are required from each named person, concern, or organization having rights to the invention stating their status as small entities. (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

| JACK M. TARBOX | PHILIP J. BAKER | |
|---|---|---|
| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
| *Jack M. Tarbox* | *Philip J. Baker* | |
| Signature of inventor | Signature of inventor | Signature of inventor |
| *10/24/00* | *10-24-00* | |
| Date | Date | Date |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Express Mailed on: *10/25/2000*
Mailing Label No.: *EL291473534US*

# Wing Spar Modification Kit

## BACKGROUND OF THE INVENTION

### 1. Field of Invention

The invention relates to the field of fixed-wing aircraft. More particularly, the invention
relates to the various models of Lake amphibious aircraft, as manufactured by Aerofab, Inc..
More particularly yet, the invention relates to a device for strengthening wing spars on such
aircraft.

### 2. Description of Prior Art

Forces exerted on the wings of aircraft during landing impose stresses on the wing
structures.  These stresses are even greater on wing structures of amphibious aircraft during
water landings because the shock-absorbing devices that are integrated into the landing gear
are not available when landing on water.  It has been determined that the method of wing spar
attachment used in certain Lake amphibious aircraft models may result in cracks in the wing
spar, specifically, in the wing spar cap and wing spar attachment bolt-holes.  The wing spar
serves to attach the wing to the aircraft fuselage and these cracks have the potential to cause
separation of the wing from the fuselage during flight, with obvious deleterious consequences.

Due to the seriousness of a wing spar structural failure, the Federal Aviation
Administration(FAA) issued an airworthiness directive (AD) for the wing spar on the Lake
models of amphibious aircraft, directing that the referenced aircraft be repaired or modified
within a specific timeframe in accordance with the AD.  The particular problem to be solved
was the elimination of the structural deficiencies of the wing attachment due to cracks
initiating at a machined notch at the flange termination point of the wing-spar cap angle.  One
correction proposed was frequent inspection and replacement of the wing-spar cap angle upon
the detection of cracks.  This solution is, however, very costly and time-consuming — it being
a very labor-intensive and time-consuming task to replace parts of the wing spar, with a typical

1

cost of $40,000. An alternative to that first approach is to physically strengthen the wing spar prophylactically by, for example, adding an additional layer of metal to the vulnerable element.

In the field of aircraft manufacturing, the application of an additional layer of material, commonly called a "doubler," as a means of reinforcing a structural component is well known. For example, **Cox (U.S. Pat. No. 4,984,347)** describes a means of attaching a doubler to the damaged skin of an airplane as a means of reinforcing the damaged area. **Welch et al. (U.S. Pat. No. 5,975,237)** describes the use of a doubler for the purpose of reinforcing an acoustic panel for installation in the nacelle of a jet engine. Although both of these doubler inventions serve to strengthen aircraft elements, neither provides a solution to the specific problem at hand, which is not as straightforward as slapping more metal on the spar.

When using a doubler to modify a primary structural element, it is critical that the strength and rigidity properties of the doubler and the structural element complement each other. For example, a doubler-strap that is too rigid or has greater strength than the underlying element may itself cause stresses on the element and introduce additional sources of cracking and structural weakness. Conversely, a doubler-strap that is too flexible or has less strength than the underlying element will not provide the additional strength and reinforcement that is required. Without access to comprehensive engineering data on the components to be strengthened and on its related flight elements, it can be very difficult to determine the proper strength characteristics required in a doubler without having to carry out a lengthy testing process that may also include destructive tests and, consequently, be very costly because of the material costs.

A further difficulty in constructing a doubler-strap modification kit to solve the particular problem at hand is that there are a number of different aircraft models with wing spars that required strengthening, with dimensions of the area requiring strengthening varying with model, and to a lesser extent any individual plans of a particular model. It is desirable for obvious economic and safety reasons to have a strap that could be installed on all aircraft units requiring treatment.

2

Another factor that must be taken into account in developing a doubler as a means of structural reinforcement of a wing spar is the problem of corrosion.  In order to serve its intended purpose, the wing-spar doubler must be resistant to any corrosion that could lead to structural weakness. This becomes a critical issue with amphibious planes, the wings of which
5    may be expected to be regularly exposed to salt water to a degree not found in the non-amphibious planes that make up the vast majority of the world's aircraft.  Salt water heightens the electro-voltaic effect that is present whenever dissimilar metals are in contact with one another.

Finally, as a safety issue, as well as an economic issue, the doubler reinforcement must
10    be simple to install.  Preferably, the doubler should be able to be installed using standard tools that are readily available at airplane maintenance facilities, and not require special skills beyond those of ordinary airplane maintenance personnel.  In addition, it must be easily determinable upon a simple post-installation inspection that the doubler has been properly installed.

What is needed, therefore, is a cost-efficient effective means of strengthening the wing
15    spars on all models of Lake aircraft.  What is further needed is a modification that can be retrofitted to any model of Lake aircraft, properly and easily, with a minimum of disassembly and without causing collateral damage to other installed parts.  What is yet further needed is such a modification that will provide a long-term solution to the wing spar cracking problem, that will not cause additional structural problems, and that is corrosion-resistant in a sea water
20    environment and not subject to harmful electro-voltaic effects.


## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a simple-to-install doubler modification kit for strengthening the wing spar on Lake aircraft models.  It is a yet further object of the invention to provide such a kit that will strengthen the wing spar for the service
25    life of the aircraft, without introducing additional structural problems.

3

These objects have been achieved in the present invention by providing a doubler-strap modification kit comprising an upper and a lower doubler-strap of specific configuration and constitutions, a filler-strap for each doubler-strap, and a plurality of bolts, rivets, nuts, and washers to attach the doubler-straps to the wing spar. The wing spar on the aircraft comprises a wing spar web and two wing-spar cap angles, one on each side of the in-board end of the web. Each doubler-strap and filler-strap has a series of bolt-holes that corresponds precisely to the pattern of wing attach bolt-holes in the Lake wing spar web. The holes in the doubler and filler-straps are drilled with the same drilling fixture used to drill the holes in the wing spar itself so as to achieve a very high degree of precision with the same size for all matching holes. Each doubler-strap also has an additional bolt-hole on the inboard end of the strap that corresponds to a bolt-hole on the wing-spar cap angle.

The filler-strap is an additional layer of material that is used to compensate for any differences in dimension between the surfaces of the wing spar web and the wing-spar cap angle along which the doubler-strap is to be installed. When installed, the filler-strap of the present invention — which also has a series of bolt-holes that precisely match the respective pattern of holes in the wing spar web — lies flat along the edge of and in direct contact with the wing spar web; the doubler-strap is placed on top of the filler so that it lies flat along and in direct contact with the filler and extends onto and lies flat against the wing-spar cap angle. When the bolt-holes in the wing spar web, filler-strap, cap angle, and doubler-strap are properly aligned, the doubler-strap is bolted and riveted to the wing spar web and cap angle.

A filler-strap may be made of a material different from that of the doubler, for reasons of cost-effectiveness or for structural reasons. In the present invention, the web spar web is made of aluminum, so the filler-strap is also made of aluminum, to eliminate the danger of corrosion on the web spar resulting from contact between dissimilar metals. The doubler-strap, is made of steel for structural reasons. Direct contact between the aluminum filler-strap and the steel doubler-strap, however, introduces the risk of corrosion on these two parts, thereby exacerbating concerns of prolonged structural integrity. To counter this problem, the doubler-strap is coated with a protective coating, either Midrofin Allseal or preferably SermeTel ® 5380DP, and the filler-straps are coated with an alodine conversion coating and

4

then a primer coat. This effectively eliminates direct contact between the dissimilar metals, and, furthermore, decreases the risk of corrosion arising from salt water environments. Furthermore, the aluminum filler-strap, which is more easily replaceable than the doubler-strap, will corrode before the doubler-strap.

5          In order to construct a doubler-strap that could be used on all Lake model aircraft, the engineering data and drawings — including change orders generated over the past 50 years — and the results of various structural and fatigue analyses conducted on the aircraft wings were studied to determine the doubler-strap material and dimensions required to provide the needed wing-spar strengthening. A main difficulty was determining the proper dimensions to ensure a

10        single-size doubler would fit all aircraft. In the course of solving the problem, it was determined that the initial doubler-strap prototype was too short and, although it would have solved the initial cracking problem on the wing-spar cap angle and would have satisfied the universality condition, was likely to cause additional cracking on the wing spar web in the area around the first outboard wing-attach bolt-hole. To solve this problem, the doubler and filler-

15        straps were lengthened so as to extend further in the outboard direction and the minimum size of rivets used to attach the straps to the wing spar between the first outboard wing attach bolt and the outboard end of the strap, in addition to the bolts in the wing attach bolt-holes, was increased to AD6.

          Further, it was determined that a single rectangular shape was inappropriate, since it

20        was introducing additional and parasitic stresses onto the wing-spar cap angle. The wing spar is attached to a root rib that is then attached to the airplane body. The root rib is tipped outward relative to a central vertical plane of the aircraft, *i.e.*, the upper inboard edge of the wing is farther from the central vertical plane than is the lower inboard edge of the wing, and the inboard end of the wing spar is angled correspondingly. In order to ensure that the

25        doubler-strap does not push against the wing-spar cap angle and introduce new stresses, the inboard end of the doubler-strap of the present invention is angled to correspond to the angle of the wing spar. Because this angled inboard end introduced a directionality, the modification kit had to be provided as a right-wing kit and a left-wing kit. It was discovered that the filler and doubler-straps could be installed incorrectly, resulting in an interference between the

5

doubler-strap and the wing-spar cap angle that was almost impossible to perceive because the intervention is most readily discernible when the straps are being laid in place and access to the area for visual inspection is effectively blocked by the arm of the person installing the parts. Once the parts are in place and the visual inspection is possible, the interference is effectively hidden from view. Although the interference was minor, it could have serious effects in the longterm on the airworthiness of the aircraft. In order to ensure that the doubler-strap is installed correctly, the right wing and left wing doubler and filler-straps are given part numbers that identify the parts as right wing or left wing parts. The particular part number is stamped on the "face forward" side of the strap, *i.e.*, the side that faces toward the person installing the strap. Assembly instructions instruct that the part number must be legible on the forward side of the wing spar by the person installing the strap for the part to be installed correctly.

## BRIEF DESCRIPTION OF THE DRAWINGS

**FIG. 1**    is a partial view of a wing attached to the fuselage of an airplane (prior art), showing the location of the access hole for retrofitting a doubler kit according to the present invention on a wing spar.

**FIG. 2**    shows a perspective view of the inboard end of the wing spar (prior art) as viewed through the access hole.

**FIG. 3**    shows a perspective view of the inboard end of an isolated wing spar (prior art), with the side of the wing spar that faces the leading edge of the wing facing up.

**FIG. 4A**    shows the upper doubler-strap and upper filler-strap of the present invention.

**FIG. 4B**    shows the lower doubler-strap and lower filler-strap of the present invention.

6

**FIG. 5**      shows the isolated wing spar shown in **FIG. 3**, with the upper filler-strap of the
Preferred Embodiment of the present invention in place for installation and
rivet holes drilled through the wing-spar web **6**.

**FIG. 6**      shows a perspective view of the isolated wing spar with the upper filler-strap
and upper doubler-strap of the present invention in place, showing bolts and
rivets reading for insertion.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT OF THE INVENTION

**FIG. 1** shows a partial view of a wing **21** attached to a fuselage **20** of an airplane that
is indicated only schematically. The wing **21** has an inboard end **21A**, *i.e.*, the end of the wing
**21** attached to the fuselage **20**, an outboard end **21B**, a leading edge **23**, and a trailing edge
**24**. The wing **21** shown here is merely representative of those assembled in the models of the
Lake amphibious aircraft, and is not intended to illustrate details of the shape or formation of
the wing. Also shown in this view is an access hole **30**, which provides access to some
internal wing components at the inboard end **21A** of the wing**21**.

**FIG. 2** is a perspective view through the access hole **30**, showing wing components as
viewed when the line of sight is into the access hole **30** and skewed slightly toward the inboard
end **21A** and the trailing edge **24** of the wing. Visible is an inboard end of a wing spar
assembly comprising a wing-spar web **6** and a wing-spar cap angle **7**. The cap angle **7** has a
flange **7A** that rests on the inboard end **21A** of the wing-spar web **6** and is bolted to the wing-
spar web **6** and a root rib **22**.

**FIG. 3** shows a perspective view of an isolated wing spar assembly. A face forward
side **6C**, *i.e.*, the side of the web **6** that faces toward the leading edge of the wing, is shown.
The wing-spar web **6** has an upper web edge **6A** and a lower web edge **6B**. Located on the

7

respective upper and lower web edges **6A**, **6B** are five $^3/_8$" wing-attach bolt-holes **8**, including a first outboard wing attach bolt-hole **8A**.  A $^7/_{16}$" flange bolt-hole **7B** is provided through the cap angle flange **7A** and at a matching location beneath the flange **7A** through the wing-spar web **6**.

5  **FIG 4A** shows elements of the Preferred Embodiment of the present invention: a lower doubler-strap **1**, and a lower filler-strap **3**; **FIG. 4B** shows an upper doubler-strap **2** and an upper filler-strap **4**, also according to the Preferred Embodiment.  As can be seen, wing-attach bolt-holes **5** are provided in each of the doubler-straps **1**, **2** and the filler-straps **3**, **4**.  These wing-attach bolt-holes **5** correspond in size and alignment to the wing-attach bolt-holes

10  **8** through the wing-spar web **6**, shown in **FIG 3**.  A cap-angle bolt-hole **5A** is provided through an inboard end **1A** of the upper doubler-strap **1** and also through an inboard end **2A** of the lower doubler-strap **2**.  These cap-angle bolt-holes **5A** corresponds in size and alignment to the flange bolt-hole **7B** on the respective end of the cap angle **7**.

The upper and lower doubler-straps **1**, **2** are constructed to fit all models of Lake

15  aircraft.  Thus, for example, all lower doubler-straps **1** have the same lower-strap width, length, and thickness dimensions, regardless of which airplane model they are to fit, and all upper doubler-straps **2** have the same upper-strap width, length, and thickness dimensions. The lower filler-straps **3** and the upper filler-straps **4**, on the other hand, have a thickness dimension that depends on the particular model of aircraft, or rather, the particular wing

20  model, into which they are to be installed.  In the Preferred Embodiment, both doubler-straps **1**, **2** are made of 4340 steel and heat treated to 180,000 psi, and have a thickness of approximately $^3/_{16}$".  The approximate overall dimensions of the lower doubler-strap **1** are 9 ½" by 1¼", and those of the upper doubler-strap **2** are 8 $^{49}/_{64}$" by 1¼".  The approximate overall dimensions of the lower filler-strap **1** are 8 $^7/_{16}$" by 1¼" and those of the upper filler-strap **2** are

25  7 $^{49}/_{64}$" by 1¼".

In the Preferred Embodiment, each of the filler-straps **3**, **4** is made of 2024-T3 aluminum and treated with an alodine conversion coating, and then painted with a coating of epoxy primer to protect against corrosion.  Each of the doubler-straps **1**, **2** is treated with a

8

SermeTel ® coating protecting them from corrosion arising from electro voltaic effects (contact of dissimilar metals) and/or from exposure to a sea water environment. The inner walls of the bolt-holes **5**, **5A**, **7B**, and **8**, as illustrated by way of example by bolt-hole inner-wall **5C** in **FIG 1**, are not coated, so as to maintain the tight tolerances called for. These holes

5    are close-tolerance wing-attach bolt-holes with tolerances of +0.003 inch and are plugged during the coating processes to prevent the coating being applied to the inner walls.

As can be seen in **FIGS. 4A** and **4B**, the inboard end **1A** of the lower doubler-strap **1** has an inboard-end angle **1α** and the inboard end **2A** of the upper doubler-strap **2** has an inboard-end angle **2α**. In the Preferred Embodiment the inboard-end angle **1α** on the lower

10   doubler-strap **1** is approximately 6° and the inboard-end angle **2α** on the upper doubler-strap **2** is approximately 5°. These angles correspond with the angle of the cap-angle flange **7A** relative to the length dimension of the wing-spar web **6**, so that the lower doubler-strap **1** and the upper doubler-strap **2** can fit against or close to the cap angle **7** without causing additional stress to the cap angle **7** or other wing components as a result of undue force applied by the

15   respective doubler-strap **1**, **2**. As can be seen in **FIG. 3**, the cap-angle flange **7A** exists on the face forward side **6C** of the wing spar web **6** and, therefore, the cap angle **7** and the wing spar web **6** together do not provide a flat surface on which to place the doubler-straps **1**, **2**. **FIG. 5** shows the upper filler-strap **3** in place for installation on the upper edge **6A** of the wing spar, as well as an upper series of rivet holes **11A** and a lower series of rivet holes **11B** that have

20   been drilled through the wing-spar web **6** and the corresponding filler-strap.

A Preferred Embodiment of the modification kit includes the lower doubler-strap **1** and the upper doubler-strap **2**, the lower filler-strap **3** and the upper filler-strap **4** for the particular aircraft, a plurality of wing-attach bolts **9** and a cap angle bolt **9A**, a plurality of AD 6-22 rivets **10**, and a plurality of nuts and washers (not shown) to secure the bolts. **FIG. 6** shows

25   the same assembly as shown in **FIG 5**, with the upper doubler-strap **1** placed along the upper filler-strap **3** and on the cap-angle flange **7A**. As mentioned above, the root rib **22** of the aircraft is tipped outward so that an upper end of the rib **22** is farther from a central longitudinal axis of the airplane than is a lower end of the rib **22**. Thus, the upper edge **6A** of the wing spar web **6** is shorter than the lower edge **6B**. For this reason, the upper series of

9

rivet holes **11A** has five holes and the lower series of rivet holes **11B** has seven holes, as illustrated in **FIG. 5**. Both the upper and lower series of rivet holes **11A**, **11B** are drilled through the wing-spar web **6**, the respective upper or lower filler-straps **3**, **4** and doubler-straps **1**, **2** during the retrofitting or installation process — preferably by clamping or fastening

5    the filler-straps **3**, **4** onto the respective upper or lower edge of the wing spar web **6** and then back-drilling through the wing spar web **6** *through* the filler-straps **3**, **4**. The filler-straps **3**, **4** are then removed from the wing spar web **6** and the locations of the rivet holes **11** in the particular left-wing or right-wing, upper or lower filler-strap **3**, **4** carefully transferred to the respective right-wing or left-wing, lower doubler-strap **1** or upper doubler-strap **2** and the

10   upper and lower series of rivet holes **11A**, **11B** drilled accordingly through the respective upper doubler-strap **2** and lower doubler-strap **1**.

The lower doubler-strap **1**, upper doubler-strap **2**, lower filler-strap **3**, and upper filler strap **4** are printed with a part number on the "face forward" side of the respective part, so that when the part is oriented for installation on the face forward side **6C** of the wing spar web **6**,

15   the part number is readily visible to the the person installing the straps. This ensures that a left-hand or right-hand modification kit is properly installed on the wing spar.

The embodiment mentioned herein is merely illustrative of the present invention. It should be understood that variations in construction and installation of the present invention may be contemplated in view of the following claims without straying from the intended scope

20   and field of the invention herein disclosed.

10

**What is claimed is:**

1 **1.** A modification kit for retrofitting a wing spar on a Lake model amphibious airplane,
2 said airplane having a root rib, and said wing spar comprising a wing-spar cap angle that is
3 attached to a wing spar web, said wing spar web having an upper edge and a lower edge and
4 an inboard end that attaches to said root rib, a first series of wing-attach bolt-holes that is
5 provided in said upper edge and a second series of wing-attach bolt-holes that is provided in
6 said lower edge of said wing spar web, wherein said root rib is angled relative to a vertical
7 plane of said Lake model amphibious airplane, and wherein said inboard end of said wing spar
8 has an inboard-end angle that corresponds to an angle of said root rib, said modification kit
9 comprising:
10       an upper doubler-strap and an upper filler-strap;
11       a lower doubler-strap and a lower filler-strap; and
12       a plurality of wing-spar attachment-bolts;
13       wherein each said upper filler-strap and each said upper doubler-strap have a third
14 series of wing-attach bolt-holes that corresponds precisely with a first series of wing-attach
15 bolt-holes in an upper edge of a wing spar web, and said lower filler-strap and said lower
16 doubler-strap have a fourth series of wing-attach bolt-holes that corresponds precisely with a
17 second series of wing-attach bolt-holes in a lower edge of said wing spar;
18       wherein said upper and said lower doubler-straps have a doubler-protective-coating
19 and said upper and said lower filler-straps have a filler-protective-coating, and
20       wherein said upper doubler-strap has an upper inboard-end angle and said lower
21 doubler-strap has a lower inboard end angle.

1 **2.** The kit of Claim **1**, wherein said upper and said lower doubler-straps are made of 4340
2 steel.

1 **3.** The kit of Claim **2**, wherein said upper and said lower doubler-straps are heat-treated
2 to 180,000 psi.

1    **4.**    The kit of Claim **1**, wherein said upper and said lower filler-straps are made of 2024-
2    T3 aluminum.

1    **5.**    The kit of Claim **1**, wherein said upper inboard-end angle on said upper doubler-strap
2    is approximately 5°.

1    **6.**    The kit of Claim **1**, wherein said lower inboard-end angle on said lower doubler-strap
2    is approximately 6°.

1    **7.**    The kit of Claim **1**, wherein said doubler-protective-coating is a SermeTel® protective
2    coating.

1    **8.**    The kit of Claim **1**, wherein said filler-protective-coating includes a first coating that is
2    an alodine conversion coating and a second coating that is an epoxy primer.

1    **9.**    The kit of Claim **1**, wherein each bolt-hole of said third and fourth series of said wing-
2    attach bolt-holes in said upper doubler-strap, said lower doubler-strap, said upper filler-strap,
3    and said lower filler-strap is free of said doubler- protective-coating and of said filler-
4    protective-coating.

1    **10.**    The kit of Claim **1**, wherein said first and said second series of wing-attach bolt-holes
2    in said wing spar web is a series of five wing-attach bolt-holes and wherein said wing-spar cap
3    angle has a flange with at least an upper wing-attach bolt-hole and a lower wing-attach bolt-
4    hole, and wherein each of said third and fourth series of wing-attach bolt-holes in said upper
5    doubler-strap and said lower doubler-strap, respectively, includes a series of five bolt-holes
6    that align with said five wing-attach bolt-holes in said wing spar web and a cap-angle flange
7    bolt-hole at said strap inboard end that aligns with said upper wing attach bolt-hole in said cap
8    angle, and wherein each of said third and fourth series of bolt-holes in said upper filler-strap
9    and said lower filler-strap, respectively, is a series of five bolt-holes that align respectively with
10   said five wing-attach bolt-holes in said upper edge and said lower edge of said wing spar web.

11.   The kit of Claim **8**, wherein said wing spar web has a first series of rivet holes on said upper edge and a second series of rivet holes on said lower edge, and said upper doubler-strap and said upper filler-strap each have a series of rivet holes that corresponds to said first series of rivet holes and said lower doubler-strap and said lower filler-strap each have a series of rivet holes that corresponds to said second series of rivet holes.

12.   The kit of Claim **9**, wherein said upper doubler-strap and said upper filler-strap each have a series of five rivet holes and said lower doubler-strap and said lower filler-strap each have a series of seven rivet holes.

13.   The kit of Claim **1**, further comprising a plurality of wing-attach bolts, a plurality of cap angle bolts, a corresponding plurality of nuts and washers for said wing-attach bolts and said cap angle bolts, and a plurality of rivets.

14.   The kit of Claim **13**, wherein said plurality of wing-attach bolts includes ten NAS 464 6A24 bolts, said plurality of cap-angle bolts includes two NAS 464-7A24 bolts, said plurality of nuts and washers includes two AN 364-720 nuts, ten AN 364-624 nuts, four AN 960-716 washers and twenty AN960-616 washers, and said plurality of rivets includes twelve AN-470-AD6-22 rivets.

13

## ABSTRACT

A kit for reinforcing the wing spar attachment of Lake models of amphibious airplanes. The kit includes two filler-straps and two doubler-straps for each wing spar, and the necessary bolts, rivets, washers and nuts to attach the straps to the wing spar web. The doubler-straps

5   are constructed to fit all models of Lake amphibious airplanes; the thickness of the filler-straps is, however, specific to the model of airplane or the model of wing in which they are to be installed. The doubler-straps and the filler-straps are pre-treated to protect them against corrosion and are marked so as to preclude incorrect inspection. The inboard end of the doubler-strap is angled to correspond to the angle of the wing spar relative to a vertical plane

10   of the airplane.

14



FIG. 1
(Prior Art)

SCANNED, # ____

SCANNED, #____



FIG. 2
(Prior Art)



## FIG. 3
## (Prior Art)



FIG. 4A



FIG. 4B

SCANNED, #



FIG. 5

SCANNED, #____



FIG. 6

Please type a plus sign (+) inside this box → [+]

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | 00-124 |
|---|---|---|
| | First Named Inventor | Jack M. Tarbox |
| | **COMPLETE IF KNOWN** | |
| ☒ Declaration Submitted with Initial Filing   OR   ☐ Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required) | Application Number | / |
| | Filing Date | |
| | Group Art Unit | |
| | Examiner Name | |

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## WING SPAR MODIFICATION KIT

the specification of which
☑ is attached hereto
OR
☐ was filed on (MM/DD/YYYY) [            ] as United States Application Number or PCT International

Application Number [            ] and was amended on (MM/DD/YYYY) [            ] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| | | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto |

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Express Mailed on: *10/25/2000*
Mailing Label No.: *EL29141253405*

Please type a plus sign (+) inside this box → ⊞

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains
a valid OMB control number.

# DECLARATION — Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. Parent Application or PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|
|  |  |  |
|  |  |  |

☐ Additional U.S. or PCT International application numbers are listed on a supplemental priority data sheet PTO

As a named inventor, I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: ☑ Customer Number  24124   →  24124
OR
☐ Registered practitioner(s) name/registration number listed below

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

☐ Additional registered practitioner(s) named on supplemental Registered Practitioner Information sheet PTO/SB/02C attached hereto.

Direct all correspondence to:  ☑ Customer Number or Bar Code Label   24124    OR  ☐ Correspondence address below

| Name |  |  |  |
|---|---|---|---|
| Address |  |  |  |
| Address |  |  |  |
| City |  | State | ZIP |
| Country | USA | Telephone | Fax |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Name of Sole or First Inventor: |  | ☐ A petition has been filed for this unsigned inventor |  |
|---|---|---|---|
| Given Name (first and middle (if any)) |  | Family Name or Surname |  |
| Jack M. |  | Tarbox |  |

| Inventor's Signature | *Jack M. Tarbox* | Date | 10/25/00 |
|---|---|---|---|
| Residence: City | Sanford | State ME | Country USA | Citizenship USA |
| Post Office Address | 17 Emerson Str. |  |  |
| Post Office Address |  |  |  |
| City | Sanford | State ME | ZIP 04073 | Country USA |

☑ Additional inventors are being named on the  1  supplemental Additional Inventor(s) sheet(s) PTO/SB/02A attached hereto

[Page 2 of 2]

Please type a plus sign (+) inside this box → [ + ]

PTO/SB/02A (3-97)
Approved for use through 9/30/98.  OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION | ADDITIONAL INVENTOR(S)<br>Supplemental Sheet<br>Page 1 of 1 |
|---|---|

**Name of Additional Joint Inventor, if any:**          ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Family Name or Surname |
|---|---|
| Philip J. | Baker |

| Inventor's Signature | *[signature]* | | | | 10/25/00 Date | U.S. |
|---|---|---|---|---|---|---|
| Residence: City | Laconia | State NH | Country U.S.A. | | Citizenship | U.S. |
| Post Office Address | | | | | | |
| Post Office Address | 28 Nestledown Road | | | | | |
| City | Laconia | State NH | ZIP 03246 | Country | U.S.A. | |

**Name of Additional Joint Inventor, if any:**          ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Family Name or Surname |
|---|---|
| | |

| Inventor's Signature | | | | Date | |
|---|---|---|---|---|---|
| Residence: City | | State ME | Country | Citizenship | |
| Post Office Address | | | | | |
| Post Office Address | | | | | |
| City | | State | ZIP | Country | |

**Name of Additional Joint Inventor, if any:**          ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Family Name or Surname |
|---|---|
| | |

| Inventor's Signature | *[signature]* | | | Date 10/25/00 | U.S. |
|---|---|---|---|---|---|
| Residence: City | | State | Country U.S.A. | Citizenship | U.S. |
| Post Office Address | | | | | |
| Post Office Address | | | | | |
| City | | State ME | ZIP | Country | U.S.A. |

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

PATENT NUMBER

**6328260**

6328260

## U.S. UTILITY Patent Application

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED  BK①  Q.A. | DEC |

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/696127 | · | 244 | 131 | 3641 | Eldred |

APPLICANTS

*Please keep w/ 95/000,005.*

TITLE

PTO-2040
12/99

BEST AVAILABLE COPY

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** |
| 244 | 131 | 244 | 123 |

**INTERNATIONAL CLASSIFICATION**

| | | | | |
|---|---|---|---|---|
| B | 64 | C | 1/06 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ Continued on Issue Slip Inside File Jacket

10/31/0   ~~Formal Drawings (6 shts) set~~   10/25/00

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 6 | 7 | 6 | 14 | 1 |

☐ The term of this patent subsequent to _____ (date) has been disclaimed.

☐ The term of this patent shall not extend beyond the expiration date of U.S Patent No. _____

**NOTICE OF ALLOWANCE MAILED**

9/11/0

(Assistant Examiner)          (Date)

*J. Woodrow Eldred*

J. WOODROW ELDRED
PRIMARY EXAMINER
GROUP 220

(Primary Examiner)          (Date)

**ISSUE FEE**

| Amount Due | Date Paid |
|---|---|
| 620 | 10-12-01 |

☐ The terminal ____ months of this patent have been disclaimed.

(Legal Instruments Examiner)   9/14/0   (Date)

**ISSUE BATCH NUMBER**

Z99

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/99)

FILED WITH:  ☐ DISK (CRF)   ☐ FICHE   ☐ CD-ROM
(Attached in pocket on right inside flap)

Issue Fee

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 244 | 123 | 4-17-01 | JM |
| | 131 | | |
| | 124 | | |
| | 117R | | |
| | 119 | | |
| Update above search | | 8-5-01 | JM |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | Date | Exmr. |
| | | |

BEST AVAILABLE COPY

10

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| All subclasses | above | 8-5-01 | JM |

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| | | | |
| FEE DETERMINATION | | | |
| O.I.P.E. CLASSIFIER | | 59 | 1/3 |
| FORMALITY REVIEW | EW | JC4949 | 12/19/00 |
| RESPONSE FORMALITY REVIEW | | | |

## INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✔ ...................... Rejected | | N ...................... Non-elected |
| = ...................... Allowed | | I ...................... Interference |
| — (Through numeral)... Canceled | | A ...................... Appeal |
| ÷ ...................... Restricted | | O ...................... Objected |

| Claim Final | Original | Date |
|---|---|---|
| | | 4-20-01 |
| 1 | 1 | ✔ = |
| 2 | 2 | ✔ = |
| 3 | 3 | ✔ = |
| 4 | 4 | ✔ = |
| 5 | 5 | ✔ = |
| 6 | 6 | ✔ = |
| 7 | 7 | ✔ = |
| 8 | 8 | ✔ = |
| 9 | 9 | ✔ = |
| 10 | 10 | ✔ = |
| 11 | 11 | ✔ = |
| 12 | 12 | ✔ = |
| 13 | 13 | ✔ = |
| 14 | 14 | ✔ = |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |
| | 26 | |
| | 27 | |
| | 28 | |
| | 29 | |
| | 30 | |
| | 31 | |
| | 32 | |
| | 33 | |
| | 34 | |
| | 35 | |
| | 36 | |
| | 37 | |
| | 38 | |
| | 39 | |
| | 40 | |
| | 41 | |
| | 42 | |
| | 43 | |
| | 44 | |
| | 45 | |
| | 46 | |
| | 47 | |
| | 48 | |
| | 49 | |
| | 50 | |

| Claim Final | Original | Date |
|---|---|---|
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

| Claim Final | Original | Date |
|---|---|---|
| | 101 | |
| | 102 | |
| | 103 | |
| | 104 | |
| | 105 | |
| | 106 | |
| | 107 | |
| | 108 | |
| | 109 | |
| | 110 | |
| | 111 | |
| | 112 | |
| | 113 | |
| | 114 | |
| | 115 | |
| | 116 | |
| | 117 | |
| | 118 | |
| | 119 | |
| | 120 | |
| | 121 | |
| | 122 | |
| | 123 | |
| | 124 | |
| | 125 | |
| | 126 | |
| | 127 | |
| | 128 | |
| | 129 | |
| | 130 | |
| | 131 | |
| | 132 | |
| | 133 | |
| | 134 | |
| | 135 | |
| | 136 | |
| | 137 | |
| | 138 | |
| | 139 | |
| | 140 | |
| | 141 | |
| | 142 | |
| | 143 | |
| | 144 | |
| | 145 | |
| | 146 | |
| | 147 | |
| | 148 | |
| | 149 | |
| | 150 | |

If more than 150 claims or 10 actions
staple additional sheet here

**(LEFT INSIDE)**

BEST AVAILABLE COPY

10/25/00 U.S. PTO

1c920

1c817 U.S. PTO
09/696127
10/25/00

PTO/SB/05 (12/97)
Approved for use through 09/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box → ☐ +

| | |
|---|---|
| **UTILITY PATENT APPLICATION TRANSMITTAL** *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Attorney Docket No. **00-124** Total Pages **31** |
| | *First Named Inventor or Application Identifier* **TARBOX, Jack M.** |
| | Express Mail Label No. **EL291412534US** |

**APPLICATION ELEMENTS**
*See MPEP chapter 600 concerning utility patent application contents.*

1. ☑ Fee Transmittal Form *(Submit an original, and a duplicate for fee processing)*
2. ☑ Specification [Total Pages **14**]
   *(preferred arrangement set forth below)*
   - Descriptive title of the Invention
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to Microfiche Appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings *(if filed)*
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
3. ☑ Drawing(s) *(35 USC 113)* [Total Sheets **6**]
4. Oath or Declaration [Total Pages **3**]
   a. ☑ Newly executed (original or copy)
   b. ☐ Copy from a prior application *(37 CFR 1.63(d))* *(for continuation/divisional with Box 17 completed)* [Note Box 5 below]
      i. ☐ DELETION OF INVENTOR(S) Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
5. ☐ Incorporation By Reference *(useable if Box 4b is checked)* The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under Box 4b, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

**ADDRESS TO:** Assistant Commissioner for Patents Box Patent Application Washington, DC 20231

6. ☐ Microfiche Computer Program *(Appendix)*
7. Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)*
   a. ☐ Computer Readable Copy
   b. ☐ Paper Copy (identical to computer copy)
   c. ☐ Statement verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

8. ☑ Assignment Papers (cover sheet & document(s))
9. ☐ 37 CFR 3.73(b) Statement *(when there is an assignee)* ☐ Power of Attorney
10. ☐ English Translation Document *(if applicable)*
11. ☑ Information Disclosure Statement (IDS)/PTO-1449 ☑ Copies of IDS Citations
12. ☐ Preliminary Amendment
13. ☑ Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)*
14. ☑ Small Entity Statement(s) ☐ Statement filed in prior application, Status still proper and desired
15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*
16. ☐ Other: _____

17. **If a CONTINUING APPLICATION**, check appropriate box and supply the requisite information:
☐ Continuation ☐ Divisional ☐ Continuation-in-part (CIP) of prior application No: _____ / _____

18. **CORRESPONDENCE ADDRESS**

☑ Customer Number or Bar Code Label **24124** *(Insert Customer No. or Attach bar code label here)* or ☐ Correspondence address below

| NAME | |
|---|---|
| ADDRESS | |
| CITY | STATE | ZIP CODE |
| COUNTRY | TELEPHONE | FAX |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231.

PTO/SB/17 (09-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
# for FY 2001

*Patent fees are subject to annual revision.*

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | TARBOX, Jack M. |
| Examiner Name | |
| Group Art Unit | |
| Attorney Docket No. | 00-124 |

| TOTAL AMOUNT OF PAYMENT | ($) | 355.00 |
|---|---|---|

## METHOD OF PAYMENT

**1.** ☐ The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

| Deposit Account Number | 501517 |
|---|---|
| Deposit Account Name | Thomas L. Bohan & Associates |

☑ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

☐ Applicant claims small entity status. See 37 CFR 1.27

**2.** ☑ Payment Enclosed:
☑ Check  ☐ Credit card  ☐ Money Order  ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 710 | 201 | 355 | Utility filing fee | |
| 106 | 320 | 206 | 160 | Design filing fee | |
| 107 | 490 | 207 | 245 | Plant filing fee | |
| 108 | 710 | 208 | 355 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

SUBTOTAL (1) ($)

### 2. EXTRA CLAIM FEES

| | Extra Claims | | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | 14 | -20** = | X | = |
| Independent Claims | 1 | - 3** = | X | = |
| Multiple Dependent | | | X | = |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 18 | 203 | 9 | Claims in excess of 20 |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid |
| 109 | 80 | 209 | 40 | ** Reissue independent claims over original patent |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($) 355.00

*\*or number previously paid, if greater; For Reissues, see above*

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for *ex parte* reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 390 | 216 | 195 | Extension for reply within second month | |
| 117 | 890 | 217 | 445 | Extension for reply within third month | |
| 118 | 1,390 | 218 | 695 | Extension for reply within fourth month | |
| 128 | 1,890 | 228 | 945 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,240 | 241 | 620 | Petition to revive - unintentional | |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 600 | 244 | 300 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 710 | 246 | 355 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify) _____

* Reduced by Basic Filing Fee Paid

SUBTOTAL (3) ($)

| SUBMITTED BY | | | | Complete (if applicable) | |
|---|---|---|---|---|---|
| Name (Print/Type) | Patricia M. Mathers | | Registration No. (Attorney/Agent) | 44,906 | Telephone | (207) 773-3132 |
| Signature | *Patricia M. Mathers* | | | Date | 10/25/2000 |

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

**6328260**



FIG. 1
(Prior Art)

SCANNED, #____



FIG. 2
(Prior Art)



**FIG. 3**
**(Prior Art)**



FIG. 4A



FIG. 4B



SCANNED, #_____

FIG. 5



SCANNED, #



FIG. 6

# Wing Spar Modification Kit

## BACKGROUND OF THE INVENTION

### 1. Field of Invention

The invention relates to the field of fixed-wing aircraft. More particularly, the invention

5   relates to the various models of Lake amphibious aircraft, as manufactured by Aerofab, Inc..

More particularly yet, the invention relates to a device for strengthening wing spars on such

aircraft.

### 2. Description of Prior Art

Forces exerted on the wings of aircraft during landing impose stresses on the wing

10   structures. These stresses are even greater on wing structures of amphibious aircraft during

water landings because the shock-absorbing devices that are integrated into the landing gear

are not available when landing on water. It has been determined that the method of wing spar

attachment used in certain Lake amphibious aircraft models may result in cracks in the wing

spar, specifically, in the wing spar cap and wing spar attachment bolt-holes. The wing spar

15   serves to attach the wing to the aircraft fuselage and these cracks have the potential to cause

separation of the wing from the fuselage during flight, with obvious deleterious consequences.

Due to the seriousness of a wing spar structural failure, the Federal Aviation

Administration(FAA) issued an airworthiness directive (AD) for the wing spar on the Lake

models of amphibious aircraft, directing that the referenced aircraft be repaired or modified

20   within a specific timeframe in accordance with the AD. The particular problem to be solved

was the elimination of the structural deficiencies of the wing attachment due to cracks

initiating at a machined notch at the flange termination point of the wing-spar cap angle. One

correction proposed was frequent inspection and replacement of the wing-spar cap angle upon

the detection of cracks. This solution is, however, very costly and time-consuming — it being

25   a very labor-intensive and time-consuming task to replace parts of the wing spar, with a typical

1



EXHIBIT B ENPAT'S MARKMAN MOTION
6:11-cv-00084-GAP-KRS

cost of $40,000.  An alternative to that first approach is to physically strengthen the wing spar prophylactically by, for example, adding an additional layer of metal to the vulnerable element.

In the field of aircraft manufacturing, the application of an additional layer of material, commonly called a "doubler," as a means of reinforcing a structural component is well known.

5    For example, **Cox (U.S. Pat. No. 4,984,347)** describes a means of attaching a doubler to the damaged skin of an airplane as a means of reinforcing the damaged area. **Welch et al. (U.S. Pat. No. 5,975,237)** describes the use of a doubler for the purpose of reinforcing an acoustic panel for installation in the nacelle of a jet engine. Although both of these doubler inventions serve to strengthen aircraft elements, neither provides a solution to the specific problem at

10    hand, which is not as straightforward as slapping more metal on the spar.

When using a doubler to modify a primary structural element, it is critical that the strength and rigidity properties of the doubler and the structural element complement each other.  For example, a doubler-strap that is too rigid or has greater strength than the underlying element may itself cause stresses on the element and introduce additional sources of

15    cracking and structural weakness.  Conversely, a doubler-strap that is too flexible or has less strength than the underlying element will not provide the additional strength and reinforcement that is required.  Without access to comprehensive engineering data on the components to be strengthened and on its related flight elements, it can be very difficult to determine the proper strength characteristics required in a doubler without having to carry out a lengthy testing

20    process that may also include destructive tests and, consequently, be very costly because of the material costs.

A further difficulty in constructing a doubler-strap modification kit to solve the particular problem at hand is that there are a number of different aircraft models with wing spars that required strengthening, with dimensions of the area requiring strengthening varying

25    with model, and to a lesser extent any individual plans of a particular model.  It is desirable for obvious economic and safety reasons to have a strap that could be installed on all aircraft units requiring treatment.

Another factor that must be taken into account in developing a doubler as a means of structural reinforcement of a wing spar is the problem of corrosion. In order to serve its intended purpose, the wing-spar doubler must be resistant to any corrosion that could lead to structural weakness. This becomes a critical issue with amphibious planes, the wings of which

5   may be expected to be regularly exposed to salt water to a degree not found in the non-amphibious planes that make up the vast majority of the world's aircraft. Salt water heightens the electro-voltaic effect that is present whenever dissimilar metals are in contact with one another.

Finally, as a safety issue, as well as an economic issue, the doubler reinforcement must

10   be simple to install. Preferably, the doubler should be able to be installed using standard tools that are readily available at airplane maintenance facilities, and not require special skills beyond those of ordinary airplane maintenance personnel. In addition, it must be easily determinable upon a simple post-installation inspection that the doubler has been properly installed.

What is needed, therefore, is a cost-efficient effective means of strengthening the wing

15   spars on all models of Lake aircraft. What is further needed is a modification that can be retrofitted to any model of Lake aircraft, properly and easily, with a minimum of disassembly and without causing collateral damage to other installed parts. What is yet further needed is such a modification that will provide a long-term solution to the wing spar cracking problem, that will not cause additional structural problems, and that is corrosion-resistant in a sea water

20   environment and not subject to harmful electro-voltaic effects.


**SUMMARY OF THE INVENTION**

It is an object of the present invention to provide a simple-to-install doubler modification kit for strengthening the wing spar on Lake aircraft models. It is a yet further object of the invention to provide such a kit that will strengthen the wing spar for the service

25   life of the aircraft, without introducing additional structural problems.



3

EXHIBIT B  ENPAT'S MARKMAN MOTION
6:11-cv-00084-GAP-KRS

These objects have been achieved in the present invention by providing a doubler-strap modification kit comprising an upper and a lower doubler-strap of specific configuration and constitutions, a filler-strap for each doubler-strap, and a plurality of bolts, rivets, nuts, and washers to attach the doubler-straps to the wing spar. The wing spar on the aircraft comprises

5   a wing spar web and two wing-spar cap angles, one on each side of the in-board end of the web. Each doubler-strap and filler-strap has a series of bolt-holes that corresponds precisely to the pattern of wing attach bolt-holes in the Lake wing spar web. The holes in the doubler and filler-straps are drilled with the same drilling fixture used to drill the holes in the wing spar itself so as to achieve a very high degree of precision with the same size for all matching holes.

10   Each doubler-strap also has an additional bolt-hole on the inboard end of the strap that corresponds to a bolt-hole on the wing-spar cap angle.

*Ins. a1*
*a1*

~~The filler-strap is an additional layer of material that is used to compensate for any~~ differences in dimension between the surfaces of the wing spar web and the wing-spar cap angle along which the doubler-strap is to be installed. When installed, the filler-strap of the

15   present invention — which also has a series of bolt-holes that precisely match the respective pattern of holes in the wing spar web — lies flat along the edge of and in direct contact with the wing spar web; the doubler-strap is placed on top of the filler so that it lies flat along and in direct contact with the filler and extends onto and lies flat against the wing-spar cap angle. When the bolt-holes in the wing spar web, filler-strap, cap angle, and doubler-strap are

20   ~~properly aligned, the doubler-strap is bolted and riveted to the wing spar web and cap angle.~~

A filler-strap may be made of a material different from that of the doubler, for reasons of cost-effectiveness or for structural reasons. In the present invention, the web spar web is made of aluminum, so the filler-strap is also made of aluminum, to eliminate the danger of corrosion on the web spar resulting from contact between dissimilar metals. The doubler-

25   strap, is made of steel for structural reasons. Direct contact between the aluminum filler-strap and the steel doubler-strap, however, introduces the risk of corrosion on these two parts, thereby exacerbating concerns of prolonged structural integrity. To counter this problem, the doubler-strap is coated with a protective coating, either Midrofin Allseal or preferably SermeTel ® 5380DP, and the filler-straps are coated with an alodine conversion coating and



4
PAGE 79



then a primer coat.  This effectively eliminates direct contact between the dissimilar metals, and, furthermore, decreases the risk of corrosion arising from salt water environments.  Furthermore, the aluminum filler-strap, which is more easily replaceable than the doubler-strap, will corrode before the doubler-strap.

5        In order to construct a doubler-strap that could be used on all Lake model aircraft, the engineering data and drawings — including change orders generated over the past 50 years — and the results of various structural and fatigue analyses conducted on the aircraft wings were studied to determine the doubler-strap material and dimensions required to provide the needed wing-spar strengthening.  A main difficulty was determining the proper dimensions to ensure a

10       single-size doubler would fit all aircraft.  In the course of solving the problem, it was determined that the initial doubler-strap prototype was too short and, although it would have solved the initial cracking problem on the wing-spar cap angle and would have satisfied the universality condition, was likely to cause additional cracking on the wing spar web in the area around the first outboard wing-attach bolt-hole.  To solve this problem, the doubler and filler-

15       straps were lengthened so as to extend further in the outboard direction and the minimum size of rivets used to attach the straps to the wing spar between the first outboard wing attach bolt and the outboard end of the strap, in addition to the bolts in the wing attach bolt-holes, was increased to AD6.

         Further, it was determined that a single rectangular shape was inappropriate, since it

20       was introducing additional and parasitic stresses onto the wing-spar cap angle.  The wing spar is attached to a root rib that is then attached to the airplane body.  The root rib is tipped outward  relative to a central vertical plane of the aircraft, *i.e.*, the upper inboard edge of the wing is farther from the central vertical plane than is the lower inboard edge of the wing, and the inboard end of the wing spar is angled correspondingly.  In order to ensure that the

25       doubler-strap does not push against the wing-spar cap angle and introduce new stresses, the inboard end of the doubler-strap of the present invention is angled to correspond to the angle of the wing spar.  Because this angled inboard end introduced a directionality, the modification kit had to be provided as a right-wing kit and a left-wing kit.  It was discovered that the filler and doubler-straps could be installed incorrectly, resulting in an interference between the



EXHIBIT B  ENPAT'S MARKMAN MOTION
6:11-cv-00084-GAP-KRS

doubler-strap and the wing-spar cap angle that was almost impossible to perceive because the intervention is most readily discernible when the straps are being laid in place and ascess to the area for visual inspection is effectively blocked by the arm of the person installing the parts. Once the parts are in place and the visual inspection is possible, the interference is effectively

5    hidden from view.  Although the interference was minor, it could have serious effects in the longterm on the airworthiness of the aircraft.  In order to ensure that the doubler-strap is installed correctly, the right wing and left wing doubler and filler-straps are given part numbers that identify the parts as right wing or left wing parts.  The particular part number is stamped on the "face forward" side of the strap, *i.e.*, the side that faces toward the person installing the

10   strap.  Assembly instructions instruct that the part number must be legible on the forward side of the wing spar by the person installing the strap for the part to be installed correctly.

## BRIEF DESCRIPTION OF THE DRAWINGS

**FIG. 1**      is a partial view of a wing attached to the fuselage of an airplane (prior art), showing the location of the access hole for retrofitting a doubler kit according
15         to the present invention on a wing spar.

**FIG. 2**      shows a perspective view of the inboard end of the wing spar (prior art) as viewed through the access hole.

**FIG. 3**      shows a perspective view of the inboard end of an isolated wing spar (prior art), with the side of the wing spar that faces the leading edge of the wing
20         facing up.

**FIG. 4A**     shows the upper doubler-strap and upper filler-strap of the present invention.

**FIG. 4B**     shows the lower doubler-strap and lower filler-strap of the present invention.

EXHIBIT B  ENPAT'S MARKMAN MOTION
6:11-cv-00084-GAP-KRS



**FIG. 5**     shows the isolated wing spar shown in **FIG. 3**, with the upper filler-strap of the Preferred Embodiment of the present invention in place for installation and rivet holes drilled through the wing-spar web **6**.

**FIG. 6**     shows a perspective view of the isolated wing spar with the upper filler-strap and upper doubler-strap of the present invention in place, showing bolts and rivets reading for insertion.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT OF THE INVENTION

**FIG. 1** shows a partial view of a wing **21** attached to a fuselage **20** of an airplane that is indicated only schematically.  The wing **21** has an inboard end **21A**, *i.e.*, the end of the wing **21** attached to the fuselage **20**, an outboard end **21B**, a leading edge **23**, and a trailing edge **24**.  The wing **21** shown here is merely representative of those assembled in the models of the Lake amphibious aircraft, and is not intended to illustrate details of the shape or formation of the wing.  Also shown in this view is an access hole **30**, which provides access to some internal wing components at the inboard end **21A** of the wing**21**.

**FIG. 2** is a perspective view through the access hole **30**, showing wing components as viewed when the line of sight is into the access hole **30** and skewed slightly toward the inboard end **21A** and the trailing edge **24** of the wing.   Visible is an inboard end of a wing spar assembly comprising a wing-spar web **6** and a wing-spar cap angle **7**.  The cap angle **7** has a flange **7A** that rests on the inboard end **21A** of the wing-spar web **6** and is bolted to the wing-spar web **6** and a root rib **22**.

**FIG. 3** shows a perspective view of an isolated wing spar assembly.  A face forward side **6C**, *i.e.*, the side of the web **6** that faces toward the leading edge of the wing, is shown.  The wing-spar web **6** has an upper web edge **6A** and a lower web edge **6B**.  Located on the



**7**

respective upper and lower web edges **6A**, **6B** are five $^3/_8$" wing-attach bolt-holes **8**, including a first outboard wing attach bolt-hole **8A**.  A $^7/_{16}$" flange bolt-hole **7B** is provided through the cap angle flange **7A** and at a matching location beneath the flange **7A** through the wing-spar web **6**.

5       **FIG 4A** shows elements of the Preferred Embodiment of the present invention: a lower doubler-strap **1**, and a lower filler-strap **3**; **FIG. 4B** shows an upper doubler-strap **2** and an upper filler-strap **4**, also according to the Preferred Embodiment.  As can be seen, wing-attach bolt-holes **5** are provided in each of the doubler-straps **1, 2** and the filler-straps **3, 4**.  These wing-attach bolt-holes **5** correspond in size and alignment to the wing-attach bolt-holes

10      **8** through the wing-spar web **6**, shown in **FIG 3**.  A cap-angle bolt-hole **5A** is provided through an inboard end **1A** of the upper doubler-strap **1** and also through an inboard end **2A** of the lower doubler-strap **2**.  These cap-angle bolt-holes **5A** corresponds in size and alignment to the flange bolt-hole **7B** on the respective end of the cap angle **7**.

        The upper and lower doubler-straps **1, 2** are constructed to fit all models of Lake

15      aircraft.  Thus, for example, all lower doubler-straps **1** have the same lower-strap width, length, and thickness dimensions, regardless of which airplane model they are to fit, and all upper doubler-straps **2** have the same upper-strap width, length, and thickness dimensions.  The lower filler-straps **3** and the upper filler-straps **4**, on the other hand, have a thickness dimension that depends on the particular model of aircraft, or rather, the particular wing

20      model, into which they are to be installed.  In the Preferred Embodiment, both doubler-straps **1, 2** are made of 4340 steel and heat treated to 180,000 psi, and have a thickness of approximately $^3/_{16}$".  The approximate overall dimensions of the lower doubler-strap **1** are 9 ½" by 1¼", and those of the upper doubler-strap **2** are 8 $^{49}/_{64}$" by 1¼".  The approximate overall dimensions of the lower filler-strap **1** are 8 $^7/_{16}$" by 1¼" and those of the upper filler-strap **2** are

25      7 $^{49}/_{64}$" by 1¼".

        In the Preferred Embodiment, each of the filler-straps **3, 4** is made of 2024-T3 aluminum and treated with an alodine conversion coating, and then painted with a coating of epoxy primer to protect against corrosion.  Each of the doubler-straps **1, 2** is treated with a

SermeTel ® coating protecting them from corrosion arising from electro voltaic effects (contact of dissimilar metals) and/or from exposure to a sea water environment. The inner walls of the bolt-holes **5, 5A, 7B,** and **8,** as illustrated by way of example by bolt-hole inner-wall **5C** in **FIG 1,** are not coated, so as to maintain the tight tolerances called for. These holes are close-tolerance wing-attach bolt-holes with tolerances of +0.003 inch and are plugged during the coating processes to prevent the coating being applied to the inner walls.

As can be seen in **FIGS. 4A** and **4B,** the inboard end **1A** of the lower doubler-strap **1** has an inboard-end angle **1α** and the inboard end **2A** of the upper doubler-strap **2** has an inboard-end angle **2α.** In the Preferred Embodiment the inboard-end angle **1α** on the lower doubler-strap **1** is approximately 6° and the inboard-end angle **2α** on the upper doubler-strap **2** is approximately 5°. These angles correspond with the angle of the cap-angle flange **7A** relative to the length dimension of the wing-spar web **6,** so that the lower doubler-strap **1** and the upper doubler-strap **2** can fit against or close to the cap angle **7** without causing additional stress to the cap angle **7** or other wing components as a result of undue force applied by the respective doubler-strap **1, 2.** As can be seen in **FIG. 3,** the cap-angle flange **7A** exists on the face forward side **6C** of the wing spar web **6** and, therefore, the cap angle **7** and the wing spar web **6** together do not provide a flat surface on which to place the doubler-straps **1, 2. FIG. 5** shows the upper filler-strap **3** in place for installation on the upper edge **6A** of the wing spar, as well as an upper series of rivet holes **11A** and a lower series of rivet holes **11B** that have been drilled through the wing-spar web **6** and the corresponding filler-strap.

A Preferred Embodiment of the modification kit includes the lower doubler-strap **1** and the upper doubler-strap **2,** the lower filler-strap **3** and the upper filler-strap **4** for the particular aircraft, a plurality of wing-attach bolts **9** and a cap angle bolt **9A,** a plurality of AD 6-22 rivets **10,** and a plurality of nuts and washers (not shown) to secure the bolts. **FIG. 6** shows the same assembly as shown in **FIG 5,** with the upper doubler-strap **1** placed along the upper filler-strap **3** and on the cap-angle flange **7A.** As mentioned above, the root rib **22** of the aircraft is tipped outward so that an upper end of the rib **22** is farther from a central longitudinal axis of the airplane than is a lower end of the rib **22.** Thus, the upper edge **6A** of the wing spar web **6** is shorter than the lower edge **6B.** For this reason, the upper series of



9

EXHIBIT B ENPAT'S MARKMAN MOTION
6:11-cv-00084-GAP-KRS

rivet holes **11A** has five holes and the lower series of rivet holes **11B** has seven holes, as illustrated in **FIG. 5**.  Both the upper and lower series of rivet holes **11A**, **11B** are drilled through the wing-spar web **6**,  the respective upper or lower filler-straps **3, 4** and doubler-straps **1, 2** during the retrofitting or installation process — preferably by clamping or fastening the filler-straps **3, 4** onto the respective upper or lower edge of the wing spar web **6** and then back-drilling through the wing spar web **6** *through* the filler-straps **3, 4**.  The filler-straps **3, 4** are then removed from the wing spar web **6** and the locations of the rivet holes **11** in the particular left-wing or right-wing, upper or lower filler-strap **3, 4** carefully transferred to the respective right-wing or left-wing, lower doubler-strap **1** or upper doubler-strap **2** and the upper and lower series of rivet holes **11A, 11B** drilled accordingly through the respective upper doubler-strap **2** and lower doubler-strap **1**.

The lower doubler-strap **1**, upper doubler-strap **2**, lower filler-strap **3**, and upper filler strap **4** are printed with a part number on the "face forward" side of the respective part, so that when the part is oriented for installation on the face forward side **6C** of the wing spar web **6**, the part number is readily visible to the  the person installing the straps.  This ensures that a left-hand or right-hand modification kit is properly installed on the wing spar.

The embodiment mentioned herein is merely illustrative of the present invention.  It should be understood that variations in construction and installation of the present invention may be contemplated in view of the following claims without straying from the intended scope and field of the invention herein disclosed.



**10**



**What is claimed is:**

1.     A modification kit for retrofitting a wing spar on a Lake model amphibious airplane, said airplane having a root rib, and said wing spar comprising a wing-spar cap angle that is attached to a wing spar web, said wing spar web having an upper edge and a lower edge and an inboard end that attaches to said root rib, a first series of wing-attach bolt-holes that is provided in said upper edge and a second series of wing-attach bolt-holes that is provided in said lower edge of said wing spar web, wherein said root rib is angled relative to a vertical plane of said Lake model amphibious airplane, and wherein said inboard end of said wing spar has an inboard-end angle that corresponds to an angle of said root rib, said modification kit comprising:

    an upper doubler-strap and an upper filler-strap;

    a lower doubler-strap and a lower filler-strap; and

    a plurality of wing-spar attachment-bolts;

    wherein each said upper filler-strap and each said upper doubler-strap have a third series of wing-attach bolt-holes that corresponds precisely with a first series of wing-attach bolt-holes in an upper edge of a wing spar web, and said lower filler-strap and said lower doubler-strap have a fourth series of wing-attach bolt-holes that corresponds precisely with a second series of wing-attach bolt-holes in a lower edge of said wing spar;

    wherein said upper and said lower doubler-straps have a doubler-protective-coating and said upper and said lower filler-straps have a filler-protective-coating, and

    wherein said upper doubler-strap has an upper inboard-end angle and said lower doubler-strap has a lower inboard end angle.

2.     The kit of Claim **1**, wherein said upper and said lower doubler-straps are made of 4340 steel.

3.     The kit of Claim **2**, wherein said upper and said lower doubler-straps are heat-treated to 180,000 psi.

1  **4.**      The kit of Claim **1**, wherein said upper and said lower filler-straps are made of 2024-
2  T3 aluminum.

1  **5.**      The kit of Claim **1**, wherein said upper inboard-end angle on said upper doubler-strap
2  is approximately 5°.

1  **6.**      The kit of Claim **1**, wherein said lower inboard-end angle on said lower doubler-strap
2  is approximately 6°.

1  **7.**      The kit of Claim **1**, ~~wherein said doubler-protective-coating is a SermeTel® protective~~
2  ~~coating.~~

1  **8.**      The kit of Claim **1**, wherein said filler-protective-coating includes a first coating that is
2  an alodine conversion coating and a second coating that is an epoxy primer.

1  **9.**      The kit of Claim **1**, wherein each bolt-hole of said third and fourth series of said wing-
2  attach bolt-holes in said upper doubler-strap, said lower doubler-strap, said upper filler-strap,
3  and said lower filler-strap is free of said doubler- protective-coating and of said filler-
4  protective-coating.

1  **10.**     The kit of Claim **1**, wherein said first and said second series of wing-attach bolt-holes
2  in said wing spar web is a series of five wing-attach bolt-holes and wherein said wing-spar cap
3  angle has a flange with at least an upper wing-attach bolt-hole and a lower wing-attach bolt-
4  hole, and wherein each of said third and fourth series of wing-attach bolt-holes in said upper
5  doubler-strap and said lower doubler-strap, respectively, includes a series of five bolt-holes
6  that align with said five wing-attach bolt-holes in said wing spar web and a cap-angle flange
7  bolt-hole at said strap inboard end that aligns with said upper wing attach bolt-hole in said cap
8  angle, and wherein each of said third and fourth series of bolt-holes in said upper filler-strap
9  and said lower filler-strap, respectively, is a series of five bolt-holes that align respectively with
10 said five wing-attach bolt-holes in said upper edge and said lower edge of said wing spar web.




11.     The kit of Claim **8**, wherein said wing spar web has a first series of rivet holes on said upper edge and a second series of rivet holes on said lower edge, and said upper doubler-strap and said upper filler-strap each have a series of rivet holes that corresponds to said first series of rivet holes and said lower doubler-strap and said lower filler-strap each have a series of rivet holes that corresponds to said second series of rivet holes.

12.     The kit of Claim **9**, wherein said upper doubler-strap and said upper filler-strap each have a series of five rivet holes and said lower doubler-strap and said lower filler-strap each have a series of seven rivet holes.

13.     The kit of Claim **1**, further comprising a plurality of wing-attach bolts, a plurality of cap angle bolts, a corresponding plurality of nuts and washers for said wing-attach bolts and said cap angle bolts, and a plurality of rivets.

14.     The kit of Claim **13**, wherein said plurality of wing-attach bolts includes ten NAS 464 6A24 bolts, said plurality of cap-angle bolts includes two NAS 464-7A24 bolts, said plurality of nuts and washers includes two AN 364-720 nuts, ten AN 364-624 nuts, four AN 960-716 washers and twenty AN960-616 washers, and said plurality of rivets includes twelve AN-470-AD6-22 rivets.





## ABSTRACT

A kit for reinforcing the wing spar attachment of Lake models of amphibious airplanes. The kit includes two filler-straps and two doubler-straps for each wing spar, and the necessary bolts, rivets, washers and nuts to attach the straps to the wing spar web. The doubler-straps

5   are constructed to fit all models of Lake amphibious airplanes; the thickness of the filler-straps is, however, specific to the model of airplane or the model of wing in which they are to be installed. The doubler-straps and the filler-straps are pre-treated to protect them against corrosion and are marked so as to preclude incorrect inspection. The inboard end of the doubler-strap is angled to correspond to the angle of the wing spar relative to a vertical plane

10  of the airplane.

EXHIBIT B ENPAT'S MARKMAN MOTION
6:11-cv-00084-GAP-KRS

 

Please type a plus sign (+) inside this box → [+]

PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | 00-124 |
|---|---|---|
| | First Named Inventor | Jack M. Tarbox |
| | **COMPLETE IF KNOWN** | |
| ☒ Declaration Submitted with Initial Filing   OR   ☐ Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required) | Application Number | / |
| | Filing Date | |
| | Group Art Unit | |
| | Examiner Name | |

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

> WING SPAR MODIFICATION KIT

the specification of which
☑ is attached hereto
OR
☐ was filed on (MM/DD/YYYY) _____ as United States Application Number or PCT International

Application Number [_____] and was amended on (MM/DD/YYYY) _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or of any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

I hereby claim the benefit under 35 U.S.C. 119(e) of any United States provisional application(s) listed below.

| Application Number(s) | Filing Date (MM/DD/YYYY) | |
|---|---|---|
| | | ☐ Additional provisional application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto. |
| | | |

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Express Mailed on: 10/25/2000
Mailing Label No.: EL291412534US



PTO/SB/01 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Please type a plus sign (+) inside this box ➔ ☐

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION — Utility or Design Patent Application

I hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of the application is not disclosed in the prior United States or PCT international application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. Parent Application or PCT Parent Number | Parent Filing Date (MM/DD/YYYY) | Parent Patent Number (if applicable) |
|---|---|---|
|  |  |  |

☐ Additional U.S. or PCT international application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

As a named inventor, I hereby appoint the following registered practitioner(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: ☑ Customer Number _____24124_____ ➔ **24124**
OR
☐ Registered practitioner(s) name/registration number listed below

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
|  |  | PATENT TRADEMARK OFFICE |  |

☐ Additional registered practitioner(s) named on supplemental Registered Practitioner Information sheet PTO/SB/02C attached hereto.

Direct all correspondence to: ☑ Customer Number or Bar Code Label [ 24124 ] OR ☐ Correspondence address below

| Name |  |
|---|---|
| Address |  |
| Address |  |
| City |  | State |  | ZIP |  |
| Country | USA | Telephone |  | Fax |  |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Name of Sole or First Inventor:     ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle (if any)) | Family Name or Surname |
|---|---|
| Jack M. | Tarbox |

| Inventor's Signature | *Jack M. Tarbox* | Date | 10/25/00 |
|---|---|---|---|
| Residence: City | Sanford | State | ME | Country | USA | Citizenship | USA |
| Post Office Address | 17 Emerson Str. | | | | | | |
| Post Office Address | | | | | | | |
| City | Sanford | State | ME | ZIP | 04073 | Country | USA |

☑ Additional inventors are being named on the __1__ supplemental Additional Inventor(s) sheet(s) PTO/SB/02A attached hereto

[Page 2 of 2]

Please type a plus sign (+) inside this box → [ + ]

PTO/SB/02A (3-97)
Approved for use through 9/30/98.  OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION | ADDITIONAL INVENTOR(S) Supplemental Sheet Page 1 of 1 |
|---|---|

| Name of Additional Joint Inventor, if any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|
| Given Name (first and middle [if any]) | Family Name or Surname |
| Philip J. | Baker |

| Inventor's Signature | *(signature)* | | | Date 10/25/00 | |
|---|---|---|---|---|---|
| Residence: City | Laconia | State NH | Country U.S.A. | Citizenship U.S. |
| Post Office Address | | | | | |
| Post Office Address | 28 Nestledown Road | | | | |
| City | Laconia | State NH | ZIP 03246 | Country U.S.A. |

| Name of Additional Joint Inventor, if any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|
| Given Name (first and middle [if any]) | Family Name or Surname |
| | |

| Inventor's Signature | | | | Date | |
|---|---|---|---|---|---|
| Residence: City | | State ME | Country | Citizenship |
| Post Office Address | | | | |
| Post Office Address | | | | |
| City | | State | ZIP | Country |

| Name of Additional Joint Inventor, if any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|
| Given Name (first and middle [if any]) | Family Name or Surname |
| | |

| Inventor's Signature | *(signature)* | | | Date 10/25/00 | |
|---|---|---|---|---|---|
| Residence: City | | State | Country U.S.A. | Citizenship U.S. |
| Post Office Address | | | | |
| Post Office Address | | | | |
| City | | State ME | ZIP | Country U.S.A. |

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.



PTO/SB/09 (12-97)
Approved for use through 9/30/00. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| STATEMENT CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) & 1.27(b))--INDEPENDENT INVENTOR | Docket Number (Optional) 00-124 |
| --- | --- |

Applicant, Patentee, or Identifier: _____      **JACK M. TARBOX**

Application or Patent No.: _____

Filed or Issued: _____

Title: **WING SPAR MODIFICATION KIT** _____

As a below named inventor, I hereby state that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office described in:

☑ the specification filed herewith with title as listed above.

☐ the application identified above.

☐ the patent identified above.

I have not assigned, granted, conveyed, or licensed, and am under no obligation under contract or law to assign, grant, convey, or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern, or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

☑ No such person, concern, or organization exists.

☐ Each such person, concern, or organization is listed below.

Separate statements are required from each named person, concern, or organization having rights to the invention stating their status as small entities. (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

| JACK M. TARBOX | PHILIP J. BAKER | |
| --- | --- | --- |
| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
| *[signature]* | *[signature]* | |
| Signature of inventor | Signature of inventor | Signature of inventor |
| *10/24/00* | *10-24-00* | |
| Date | Date | Date |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

| Express Mailed on: *10/25/2000* |
| --- |
| Mailing Label No.: *EL291142534US* |



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

Bib Data Sheet

| SERIAL NUMBER 09/696,127 | FILING DATE 10/25/2000 RULE — | CLASS 244 | GROUP ART UNIT 3641 | ATTORNEY DOCKET NO. 00-124 |
|---|---|---|---|---|

**APPLICANTS**

  Jack M. Tarbox, Sanford, ME ;
  Philip J. Baker, Laconia, NH ;

** CONTINUING DATA **************************  None   file

** FOREIGN APPLICATIONS *******************  None   file

**                        ** SMALL ENTITY **

| Foreign Priority claimed ☐ yes ☒ no | STATE OR COUNTRY ME | SHEETS DRAWING 6 | TOTAL CLAIMS 14 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged   _Miriam Elber_   Examiner's Signature   Initials | | | | |

**ADDRESS**

24124   —

**TITLE**

Wing spar modification kit

| FILING FEE RECEIVED 355 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |



PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

10/30/2000 HROCHA1  00000009 09696127

01 FC:201                355.00 OP

PTO-1556
(5/87)

*U.S. GPO: 1999-459-082/19144

# PATENT APPLICATION FEE DETERMINATION RECORD
## Effective October 1, 2000

Application or Docket Number

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 14 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 14 minus 20= | * 0 |
| INDEPENDENT CLAIMS | 4 minus 3 = | * 0 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 355.00 | OR | BASIC FEE | 710.00 |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL | 355 | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 8/00)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

PMS
1/12/01

Please type a plus sign (+) inside this box → ☐ +

PTO/SB/08A  (10-96)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| Sheet | 1 | of | 1 |

### Complete If Known

| Application Number | |
| Filing Date | |
| First Named Inventor | TARBOX, Jack M. |
| Group Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 00-124 |

10/25/00

Class/Sub

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| Wu | 1 | 4,984,347 | | Cox | 01-15-1991 | 29/402,06 |
| Wu | 2 | 5,975,237 | | Welch, et al. | 11-02-1999 | 181/290 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | *Woodrow Eldred* | Date Considered | 4-20-01 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

| Express Mailed on: | 10/25/2000 |
| Mailing Label No.: | EL291412534 US |