US006328260C1

# (12) INTER PARTES REEXAMINATION CERTIFICATE (0238th)
# United States Patent
## Tarbox et al.

(10) Number: **US 6,328,260 C1**
(45) Certificate Issued: **Mar. 8, 2011**

(54) **WING SPAR MODIFICATION KIT**

(75) Inventors: **Jack M. Tarbox**, Sanford, ME (US);
**Philip J. Baker**, Laconia, NH (US)

(73) Assignee: **Enpat, Inc.**, Melbourne, FL (US)

**Reexamination Request:**
No. 95/000,005, Jul. 15, 2002
No. 90/006,330, Jul. 16, 2002

**Reexamination Certificate for:**
Patent No.: 6,328,260
Issued: Dec. 11, 2001
Appl. No.: 09/696,127
Filed: Oct. 25, 2000

(51) Int. Cl.
B64F 5/00 (2006.01)
B64C 1/06 (2006.01)
B64C 1/00 (2006.01)

(52) U.S. Cl. .................................... **244/131**; 244/123.1
(58) Field of Classification Search .................. None
See application file for complete search history.

(56) **References Cited**

PUBLICATIONS

Revo, Inc., "Service Bulletin B-79," May 27, 1999, 4 pages.
Federal Aviation Administration, Department of Transporation, "Notice of Proposed Rulemaking," Oct. 6, 1999, 8 pages.
Lake Aircraft Corp., Revo Division, "Blueprint of Lake-LA-4 Aircraft," Jan. 1964, 1 page.
The Aviation Consumer, "Lake Amphibians," Sep. 1999 Issue, pp. 24-27, 29-32.
Lake Aircraft Corp., Revo Division, "Drawing of Trunnion and Washer Inspection," Jan. 3, 1995, 2 pages.
United States Military Handbook, Mil-HDBK-5H, "Metallic Materials and Elements for Aerospace Vehicle Structures," Dec. 1, 1998, 12 pages.
Lee Erb, "Corrosion Protection—Introduction," downloaded from Experimental Aircraft Association, www.eaa1000.av.org, Jan. 1997, 3 pages.
The Corrosion Doctors, "Galvanic Corrosion," downloading from www.corrosion-doctors.org.aircraft/_galvdefi.htm Undated material, 3 pages.
E-Bush Pilot Web Site, "Seaplanes and Salt Water: To Operate or Not to Operate," downloaded from www.ebush-pilot.com/seasalt.htm, undated material, 13 pages.
Lake Aircraft, "Approved Sealants and Methods of Use," Lake Aircraft Maintenance Manual, Section 7, Airframe Section, p. 4.
U.S. Dept. of Transportation, Advisory Circular, Sep. 8, 1998, AC43.13-1B, pp. 4-11, 4-40, 6-11, 6-12, 7-5, 7-49, 7-60, 7-63 and 7-69.
Federal Aviation Regulation, Feb. 1, 1965, Section 23.609.
IAP, Inc., Standard Aviation Maintenance Handbook, 1985, pp. 80, 88-89, 93.

*Primary Examiner*—Peter C. English

(57) **ABSTRACT**

A kit for reinforcing the wing spar attachment of Lake models of amphibious airplanes. The kit includes two filler-straps and two doubler-straps for each wing spar, and the necessary bolts, rivets, washers and nuts to attach the straps to the wing spar web. The doubler-straps are constructed to fit all models of Lake amphibious airplanes; the thickness of the filler-straps is, however, specific to the model of airplane or the model of wing in which they are to be installed. The doubler-straps and the filler-straps are pre-treated to protect them against corrosion and are marked so as to preclude incorrect inspection. The inboard end of the doubler-strap is angled to correspond to the angle of the wing spar relative to a vertical plane of the airplane.



6:11-cv-00084-GAP-KRS

US 6,328,260 C1

## INTER PARTES REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 316

NO AMENDMENTS HAVE BEEN MADE TO THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1-14** is confirmed.

\* \* \* \* \*