# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ENPAT, INC.,**

**-vs-**          Case No.   **6:10-cv-1490-Orl-31KRS**

**LATITUDE 2855 LLC,**

                 **Defendant.**

_____

**ENPAT, INC.,**

                 **Plaintiff,**

**-vs-**          Case No.   **6:10-cv-1491-Orl-31KRS**

**GEORGE BAUER,**

                 **Defendant.**

_____

**ENPAT, INC.,**

                 **Plaintiff,**

**-vs-**          Case No.   **6:11-cv-77-Orl-31KRS**

**JORDAN KLEIN,**

                 **Defendant.**

_____

**ENPAT, INC.,**

                 **Plaintiff,**

**-vs-**          Case No.   **6:11-cv-84-Orl-31KRS**

**HARRY SHANNON,**

_____

**ENPAT, INC.,**

**-vs-**                                                    **Case No.  6:11-cv-250-Orl-31KRS**

**HERBERT DENNY,**

                              **Defendant.**
_____

**ENPAT, INC.,**

                              **Plaintiff,**

**-vs-**                                                    **Case No.  6:11-cv-310-Orl-31KRS**

**ROBINSON AIR CRANE, INC.,**

                              **Defendant.**
_____/


## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Settlement under Local Rule 3.08, it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule

3.08(b), subject to the right of any party to move the Court within sixty (60) days for the

purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to

reopen the case for further proceedings.  Any pending motions are **DENIED** as moot.  The

Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 10, 2012.


Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE